UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT STASKIEWICZ #3491116067

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-22-2013

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

THE CITY OF NEW YORK, Dept of Corrections,
Correctional Health Services "C.M.S" Corizon
Officer McFarland #10360, CASAC Qiana
WARE, Dr. Cowan, Dr MacDonald, DC
Richards, Nurse Milord Et AL

_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

Amended
1:12-cv-09244-UA
COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☒ Yes    ☐ No
(check one)

RECEIVED
FEB 22 2013
PRO SE OFFICE

## I.    Parties in this complaint:

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Robert Staskiewicz
             ID #  3491116067
             Current Institution  _____
             Address  _____
             _____

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2007*                              1

Defendant No. 1    Name *OFFICER MaFarland*    Shield # *10360*
Where Currently Employed *AMKC City of NY*
Address *18-18 HAZEN St*

Defendant No. 2    Name *Dr Richards, Dr COWAN Dr MacDONALD*    Shield # ___
Where Currently Employed *CHS/CORIZON/City of NY*
Address ___

Defendant No. 3    Name *Nurse Miland*    Shield # ___
Where Currently Employed *CHS/CORIZON/ City of NY*
Address ___

Defendant No. 4    Name *QIANA WARE*    Shield # ___
Where Currently Employed *CASAC/CORIZON/CHS/CITY of NY*
Address ___

Defendant No. 5    Name ___    Shield # ___
Where Currently Employed ___
Address ___

## II.    Statement of Claim:

State as briefly as possible the facts of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?    *AmkC*

B.    Where in the institution did the events giving rise to your claim(s) occur?    *medical/Amkc*

C.    What date and approximate time did the events giving rise to your claim(s) occur? ___
*SEE Attatch SHEETS*

Part II STATEMENT OF CLAIM:                    Complaint

(1;12-cv-09244,UA)

C. Since Oct 3 2011 I've been in DOC custody. I am to be released on 5/30/2013. I have been under medical care of "CHS" since Oct 5, 2011 this is Not the First time I've been in CHS so "CHS" does have a little history of my Brain Injury I sustained on 9/8/2007

Now under the care of "CHS" I've Had to literally Fight tooth & Nail to recieve proper medications that will take care of my Post traumatic migrain headaches. Please let me bring to the Courts Attention that that of my Natural Skull was removed on 9/8/2007 in order to save my life. In place I have titanium Mess which is screwed to my skull & a procedure called Duroplasty & Cranioplasy was performed on my left Skull. I Have a 4x4 inch Square in Dent on my left Skull which is Soft as well as a Nurse Question mark Scar where I had 385 Stitches From the Left Cranioarotomy I recieved. I suffer From Post Traumatic Stress Disorder as well as Traumatic Brain Injury and Post Traumatic Headaches. I need certain medications to function in my Everyday life!

I also Suffer From Epilepsy & suffer Grand mal Seizures. I have been under doctor care Since my Surgery 9/8/2007. I've Been on some serious pain killers such as Fentonal & Oxycottin & Percett! I did become Addicted to these pain killers. I then understood my problem talked with my doctors & they prescribed Methadone I started at 150mgs in 2008 to 100 in 2010 to 70 in 2011, to 50 in 2012 Right Now I am down to 20 or of methadone here At Rikers Island. Listen I am not saying its good to be on methadone, but its a drug that keeps my headaches At bay I am also on Imitrex of "Sumatripan" A very strong drug which I could get only 3 times a week I had a back up medication called "Fioricet" I could get twice daily PRN as need, But Dr Richards discontinued this medication without a consultation with me For No reason Why!!! I need this medication I've been on it since 2008 by doctor Brad Nerz my Doctor personal in Brooklyn NY Their was No Reason to take this medication From me.

I also Have Nerve damage done and I am on Gabapentin 1800 mgs daily For my Nerve pain see (I) Dr Richards Cut my Gabapentin From 1800 daily to 600 mgs daily Again with out Consulting me or telling Why? I'm all the nerves in my head severed in order to evacuate the Bleeding of my Brain without the proper doses of my medication I am in "Excrutiating Pain" My "Sumatriptan or Imitrex" was cut For the month of December From 12+ Pills to 6+ per month why all my meds were cut was beyond me this all started on 11/22/2012 thru 11/17/2013

On 12/13/2012 I was informed I was being detoxed From my methadone because I owed "Box time" on Punitive Segragation my medical Attention I guess doesn't Super ceed DOC Security Now this cause all kinds of problems my headaches

Part II Continue

went they were, Now I was detoxing & going threw with draw From the methadone, Some how this was a medical issue I would think that was "Confidential" But A Correctional Officer By the Name of McFarland called the CASAC Counselor On 12/13/2013 and ordered me off my methadone on KEEP program the officer Sheilds Number is #10306 the CASAC Counselors Name is DIANA WARNER This is Confidential info what the Hell!!! Dr Richards Cleared it I was Detoxed down to 5 mgs of methadone!!!

On Jan 9, 2013 I had such A Bad Headace I tried to commit Suicide & was brought to Elmhurst hospital where I was Addmited & Seen by emergency & the psycology. Iam now back at at Rikers and tryed to take my life on the 11th of Jan 2013 due to the pain Iam u due to the detoxing of my methadone. I didn't go to Elmhurst the second time I was held in PENS and then I was transfered to C-71 Suicide watch Unit, 11 mod

Todays date is JAN 30, 2013 At this time All my meds with the Exceptions of two are Back to Normal methadone is At 20 mgs instead of 50 & I don't Have my Fioricet I need to have my meds My gabbapentin is Back at 1000 mgs per day and the Suntripa is At per month The last 2 months were Hell. For me 2 two Suicide Attempts Pain and suffering DOC Cops SEEn my medical Records & getting me detoxed off methadone/medications Iam on methadone For pain management Iam Asking the Court, by grant me 1 million dollars in Punitive damages and make Sure it doesnt Happen to Any other inmates DOC Has No Right to Detox No City Service inmate no matter who one Box time!
Part II of 2

On 11/21/12 I went to the Main Clinic At 11:30AM D.O.T A daily obseured medication my "Fioricet" & "Sumatriptam" I told Nurse Milord to stop Calling me down to the Clinic Everyday morning & night For my meds Both Fioricet & Sumatriptam if you own take them they couse headaces. "SHE" Nurse Milord then yelled At me Called me A "Racist" CRACKER" And removed my medication From the DoT Book intirely & when I went back down later that Night to get the medication my "Fioricet" It unstold it was discontinued By Dr Richards & Nurse Milord told me I could thank Her For that!! I would ask that I would like to SEE Nurse Milord Suspended at the least For her actions if Not Fired For the Racist Remarks

Ⓓ    Facts:    *SEE Attach SHEETS*

> What
> happened
> to you?

> Who did
> what?

> Was
> anyone
> else
> involved?

> Who else
> saw what
> happened?

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. *I Suffered two months of Severe headaches that came with vomiting, loss of vision as well as loss of Balance between the dates of 11/22/2012 — 1/2/2013*

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes  X    No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____AMKC_____

_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _✗_    No ____    Do Not Know ____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _✗_    No ____    Do Not Know ____

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _✗_    No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No _✗_

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?    _N/A_____

1.    Which claim(s) in this complaint did you grieve? _____

_____

2.    What was the result, if any? _____

_____

3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

_____Throw Prisoner Rights_____
_____SEE Attached_____

_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____

_____Throw Pisoirs Right_____
_____SEE Attached_____

_____

2.    If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: _____

_N/A_

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
       remedies. _____

1/2/2013 I was saw by A Neologest
who At that time started A process of giving me
the proper medications

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your
         administrative remedies.

V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). _____

I am Asking the Court to award in Punitive damage
500,000 and in Pain And Suffing $500,000
And make sure that Confendetoly is Not Breeched
again & that Inmates get the proper care while on
Rikers

## VI.    Previous lawsuits:

> **On these claims**

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____    No ✗

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____ N/A

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____  No ✗

   If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

_____ N/A _____

> **On other claims**

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____    No ✗

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____ N/A

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____  No ✗

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____ N/A _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 4 day of DEC, 2012.

Signature of Plaintiff _____

Inmate Number 349111/6067

Institution Address 18-18

HAZEN Street

East Elmhurst N.Y. 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 4 day of DEC, 2012 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Staskiewicz

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

-against-

The City of New York, Dept of Corrections
Correctional Health Services "CHS" "Corizon"
OFFICER McFarland #10360, CASAC QIANA
WARE, Dr Cowan, Dr MacDonald, Dr Richards
_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_
Nurse Milords Et-Al

1:12 Civ. 09244 (VA) ( )

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

I, Robert Staskiewicz         , _(print or type your name)_ am the plaintiff/petitioner in the
above entitled case and I hereby request to proceed _in forma pauperis_ and without being required to prepay
fees or costs or give security.  I state that because of my poverty I am unable to pay the costs of said
proceeding or to give security therefor, and that I believe I am entitled to redress.

1.     If you are presently employed:
           a) give the name and address of your employer
           b) state the amount of your earnings per month

           Out of Work 2 years

2.     If you are NOT PRESENTLY EMPLOYED:
           a) state the date of start and termination of your last employment
           b) state your earnings per month
       YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

       I've BEEN out of work sine Oct 2011 due to my
       Incarceration my Earning at that time was 27.50 hrly

3.     Have you received, within the past twelve months, any money from any source?  If so, name the
       source and the amount of money you received.

           NO

       a) Are you receiving any public benefits?        ☒ No.        ☐ Yes, $_____.

       b) Do you receive any income from any other source?   ☒ No.   ☐ Yes, $_____.

_Rev. 05/2007_                                  _1_

4.    Do you have any money, including any money in a checking or savings account? If so, how much?

☑ No.        ☐ Yes, $_____.

5.    Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☑ No.        ☐ Yes,    $_____

6.    Do you pay for rent or for a mortgage? If so, how much each month?

☑ No.        ☐ Yes,    _____.

7.    List the person(s) that you pay money to support and the amount you pay each month.

_____ N/A _____

_____

8.    State any special financial circumstances which the Court should consider.

_Ive been is Jail 18 mnths I Havn't_
_Had A Job Since my Head Injury in 2007_
_Ive Been Fighty For disibility_

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of _____, _____.
                  *date*                    *month*          *year*

12/4/12

Nkechi Igbo

*Signature*
Robert Stshienmic

NKECHI IGBO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01IG6163948
Qualified in Queens County
My Commission Expires April 09, 2015

Rev. 05/2007                                                    2

United States District Court
Southern District of New York

# PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date: _____

RE: _Robert Stoshewski_____    City of New York, Dept of Corrections, CHS
_(Enter the full name of the plaintiff(s).)_     Cortez, Officer mcf Spald #10360, et al
                                                - v -  Diana Wane, Dr Cain, Dr mcDonald
                                                _(Enter the full name of the defendant(s).)_
                                                Dr Richards, NursErn huel Et Al

**NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.**

The Prison Litigation Reform Act ("PLRA" or "Act") amends the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, no matter what the outcome of the action.

*********************************************************************************
**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, _Robt Sws_____ *(print or type your name)*, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.**

_1/31_____, 20_13_        _Robt Sws_____
*Date Signed*                    *Signature of Plaintiff*

                                 N.Y.S.I.D. # _02976912H_____

                                 Local Jail/Facility I.D. # _3991116067_

_12/4/12_                         Federal Bureau of Prisons I.D. # _92393913_

*Rev. 05/2007*

NKECHI IGBO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01IG6163948
Qualified in Queens County
My Commission Expires April 09, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

ROBERT STASKIEWICZ,

                Plaintiff,

     -v-

PRISONERS HEALTH SERVS., INC.;
DR. RICHARDS, Head Doctor, AMKC,

              Defendants.

----------------------------------------------------------X

**ORDER OF SERVICE**

12 Civ. 9244 (JPO)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 1 0 2013
```

J. PAUL OETKEN, United States District Judge:

       The Court directs the Clerk of Court to issue a summons as to Defendants. Plaintiff is directed to serve the summons and complaint on Defendants within 120 days of the issuance of the summons. If within those 120 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

       SO ORDERED:

                                         J. PAUL OETKEN
                            United States District Judge

Dated: Jan. 10, 2013
       New York, New York

                           **COPIES MAILED TO**
                    **PRO SE PARTY ON** JAN 1 0 2013



**OCT 2012**

① ② ③ ④ ⑤ ⑥ ⑦
⑧ ⑨ ⑩ ⑪ ⑫ ⑬ ⑭
⑮ ⑯ ⑰ ⑱ ⑲ ⑳ ㉑
㉒ ㉓ ㉔ ㉕ ㉖ ㉗ ㉘
㉙ ㉚ ㉛

/ indicates A dose Fioricet

**NOV 2012**

✗ ② ③ ✗ ✗ ⑥ ⑦
✗ ⑨ ⑩ ✗ ⑫ ⑬ ⑭
✗ ✗ ⑰ ⑱ ✗ ✗ ㉑
✗ ㉓ ㉔ ✗ ✗ ㉗ ㉘
✗ ㉙ ㉚ ㉛

22nd Topamax, Fioricet & Neurontin
were cut for no reason

/ indicates A dose of Fioricet

**DEC 2012**

✗ ② ③ ④ ✗ ⑥ ⑦
⑧ ⑨ ⑩ ✗ ⑫ ⑬ ⑭
⑮ ⑯ ⑰ ⑱ ⑲ ⑳ ㉑
㉒ ㉓ ㉔ ㉕ ㉖ ㉗
㉙ ㉚ ㉛   my Sumatriptan was cut

12/13/2012 I was Started on cletox from methadone for Being time cried !!!

**JAN, 2013**

✗ ✗ ③ ④ ⑤ ⑥ ⑦
✗ ✗ ⑩ ⑪ ✗ ✗ ⑭
✗ ⑯ ⑰ ⑱ ⑲ ⑳ ✗
㉒ ㉓ ✗ ㉕ ✗ ✗ ㉘
✗ ㉚ ✗

17th I was giving Back 2 days of methadone for pain management (~7 days)

**FEB 2013**

① ✗ ③ 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28

JAN 29th West Facel Ty son Dr Segal Olympia visit Incread to keppra 1000 Fine clarity & increase neuontin to 1800 mg per (Twice) Day, will go back in 3 days

**MARCH**

1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**APRIL**

1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**MAY**

1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

**Headache Calender**

Sumatriptan Dose
Sum any ✗, Double ✗
Serzure ⁿ Mild

0 Days I want with out meds & I had Bad Headach

Dr Henry 10/18/12
Dr Segal 1/2/13

Fioricet was discued 11/22/12

On Nov 22, 2012 Dr Richards orderd my Sumatriptan cut from 12 dose per month to 6x per month. Then ———→

Neurontin From 1800mgs per Day to 600mg per day a cut that was Extrem ly drastic See Dr Segals Notes From 1/2/13

Dr Richards Also Cut or discontinued my Topamax 50mg bid all together all of this on 11/22/12 my Fioricet was cut all together why ??

0 - Indicates I Went with out Any type of Medications
/ - Took Fioricet
X - Took 1 Dose of Sumatriptan
✗ - Took a double dose a Sumatriptan
ⁿ - Had a Seizure

PART II C. Continued                                                    JAN 30, 2013

This is A little back ground history for the court, I Robert Stashenica do intend to show the court over 100pgs of medical history in regards to my history concerning my TBI, PTSD as well as Any psycological/mental disorder & Hepititis C/B lood/Liver disease.

Some medications such As "Tylenol" with Hep C could do me damage/ unless giving in small amounts due to CHS/DOC they left me NO choice, but to buy Tylenol at the INMATE Store & get it from the officers Station!!! Every A-officers position is finished with A 1000 count Box of Tylenol for inmate use. Ive been useing the tylenol as if they were "tic-tac's" more or less.

Fioricet does have tylenol in it But, Every pill/dose has ONLY 325mg of ACAP/Tylenol HALF the recomended dosage for Adults this is why its A SAFE drug for ME to take.

Sumatriptan is A very Strong drug two of the major side Effects Are Death/Blindness I only use this drug when I Have two.

Please look At my Headache Calander to understand how these Headaches Are Effecting my everyday life.

X  Sumatripan
/  Fioricet
O  Without
X  Double dose Sumatripan

[signature]



*I*

Correct order
transier

2012    Sept

No reason For

A New order
the script wasn't out
Fill 12/26/2012

inversed
order

2012 July

Dr Richard Cut me
order with out Consulting
with me no reason
2012 New

Cut Me order from 900mg daily
to 600 daily

my Correct order didn't come
out till 12/26/2012

Staskiewicz,Robert
349-11-16067                    /27/12
Take two capsule(s) by mouth three
times a day.
Toma dos capsula(s) por boca tres veces
al dia.
GABAPENTIN 300 MG CAPSULE
12 x 300 mg
                                    12/26/12
            2 DAY(S) SUPPLY

Staskiewicz,Robert
349-11-16067                    07/05/12
Take one capsule(s) by mouth three
times a day.
Toma una capsula(s) por boca tres veces
al dia.
GABAPENTIN 400 MG CAPSULE
6 x 400 mg
                                    09/03/12
            2 DAY(S) SUPPLY

Staskiewicz,Robert
349-11-16067                KRA
                           11/22/12
Take one capsule(s) by mouth twice a
day.
Toma una capsula(s) por boca dos veces
al dia.
GABAPENTIN 300 MG CAPSULE
4 x 300 mg
                                    12/22/12
            2 DAY(S) SUPPLY

0048161537251

The University Hospital
150 Bergen Street
Newark, New Jersey 07103-2425

OPERATIVE REPORT
Patient:    STASKIEWICZ, ROBERT          Electronically Signed By:
                                         CHARLES PRESTIGIACOMO
MRN:        011467768                    Physician ID:  088826
Surgeon:    CHARLES PRESTIGIACOMO        Signature Date: Sep 20 2007  12:15PM
Assistant:
Proc. Date: 09/08/2007


ASSISTANT(S):  Daniel Yanni, MD and Gaurav Gupta, MD

ANESTHESIA:  General endotracheal.
ANESTHESIOLOGIST:  Michael Steng, MD

PREOPERATIVE DIAGNOSES:  Compound open depressed skull fracture,
subdural hematoma, intracerebral hemorrhage.

POSTOPERATIVE DIAGNOSES:  Compound open depressed skull
fracture, subdural hematoma, intracerebral hemorrhage.

OPERATIONS:  Left craniotomy, elevation of depressed skull
fracture, mesh cranioplasty, evacuation of subdural hematoma,
duraplasty, and placement of a right-sided external ventricular
drainage.

ESTIMATED BLOOD LOSS:  40 mL.

SPECIMEN:  CSF.

DISPOSITION:  The patient was transferred to the Surgical
Intensive Care Unit in critical condition.

INDICATIONS:  This is a 38-year-old male who was assaulted by a
brick to the head, found to have a compound open depressed skull
fracture on CAT scan with hematoma as well as intracerebral
hemorrhage.  Additionally, the patient had declined
neurologically from admission exam to a more lethargic state.
It was deemed _____ emergent to bring the patient to the
Operating Room.

DESCRIPTION OF PROCEDURE:  After successful induction of general
endotracheal anesthesia, the bed was turned to the left.  All

0048161537251
Patient:        STASKIEWICZ, ROBERT
MRN:            011467768
Proc. Date:     09/08/2007
CONTINUATION: OPERATIVE REPORT

pressure points and areas of the body were padded appropriately.
The head was shaved and the entire head was prepped and draped
in standard sterile fashion. Using a reverse question mark
incision on the left side, the scalp flap was made. Local
lidocaine 1% with epinephrine was injected and scalp flap was
made incorporating the open areas of lacerations from where the
assault had occurred. The scalp flap was then secured with a
flap roll. Hemostasis was aggressively obtained using bipolar
and Bovie electrocautery. The depressed skull fracture was
visualized. Two bur holes were made surrounding the depressed
skull fracture using the Midas Rex with the B1 and the
footplate. A flap was turned to incorporate the entire
depressed skull fracture. This whole depressed skull fracture,
bone fragments, and the flap were removed and placed in
bacitracin irrigation. The dura was opened from the _____ from
the assault using pickups, _____, and Metzenbaum scissors in a
cruciate fashion. Subdural hematoma was evacuated. Bleeding
cortical vessels were visualized as well as the intracerebral
hemorrhage using bipolar electrocautery, Gelfoam, thrombin, and
Surgicel. Hemostasis was obtained over the cerebral convexity.
Once hemostasis was obtained, the dural leaflets were
approximated using 4-0 Nurolon. A layer of Surgicel was placed
over the cortical surface. The dural leaflets were then
overlaid with a layer of DuraGen in a manner for duraplasty.
Attention was then turned to the bone flap. The areas of the
depressed skull fracture were fragmented significantly and were
removed. However, the bone flap areas surrounding the depressed
skull fracture were able to be retained. A sheet of titanium
mesh was made overlying the area of the bone flap and the skull
defect from the depressed skull fracture and secured in _____
fashion. This bone flap mesh assembly was then placed into the
skull fitted appropriately into the bone flap and secured in
place using titanium screws from the Synthes Maxillofacial kit.
Again, hemostasis was aggressively obtained using bipolar and
Bovie electrocautery. The scalp flap was closed in layers using
2-0 Vicryl to close temporalis fascia and 2-0 Vicryl in an
inverted fashion to close the galea as well as a running
Monocryl to close the skin. Sterile dressings were placed using
bacitracin ointment and Telfa and a standard head wrap.
Attention was then turned to the contralateral side of the head,
the right side, where an external ventricular drain was placed.
The area was prepped and draped in standard sterile fashion. 1%
lidocaine with epinephrine was injected locally at Kocher point
approximately 1 cm anterior to the coronal suture on the right

```
0048161537251
Patient:      STASKIEWICZ, ROBERT
MRN:          011467768
Proc. Date:   09/08/2007
CONTINUATION: OPERATIVE REPORT
```

side in midpupillary position.  The incision was made and a
twist drill craniotomy was placed.  The EVD was passed with CSF
flow return of low pressure.  CSF was sent for microbiology and
laboratory studies and the drain was tunneled laterally on the
right side and secured in place.  The patient tolerated the
procedure well with no complications.  The patient was
transferred to the Surgical Intensive Care Unit in critical
condition.

_____
CHARLES PRESTIGIACOMO, MD/088826


Dict. By:  DANIEL YANNI, MD/DY/6070
DD:  09/08/2007 20:45:00    DT:  09/09/2007    Job#:  90249141

0048161537251

The University Hospital
150 Bergen Street
Newark, New Jersey 07103-2425

TRAUMA ATTENDING ADMISSION NOTE
Patient:    STASKIEWICZ, ROBERT        Electronically Signed By:
                                       ERIC MUNOZ
MRN:        011467768                  Physician ID:  088061
Attending:  ERIC MUNOZ                 Signature Date: Sep 11 2007  05:50PM
Adm. Date:


DIAGNOSES:  Assault, concussion, left open depressed skull
fracture, and epidural hematoma, status post craniotomy.

HISTORY OF PRESENT ILLNESS:  The patient is a 38-year-old white
male who was assaulted, brought to the Trauma Receiving Area
with the head injury, an obvious scalp laceration, and depressed
skull fracture.  He was noted on admission to have a Glasgow
coma scale of 15, did have a positive loss of consciousness at
the scene.  Otherwise, past medical history, family history,
social history, and review of systems were noncontributory.

PHYSICAL EXAMINATION:  Vital signs were stable.  The patient was
a well-developed, well-nourished male with an obvious head
injury.  Head, eyes, ears, nose, and throat showed a 5-cm left-
sided scalp laceration with the depressed skull fracture.  EOMs
were full.  Cranial nerves II through XII were intact.  Neck was
supple.  Chest was clear to P&A.  Cardiovascular showed regular
sinus rhythm with no murmurs.  Abdomen was soft, nontender, with
normal bowel sounds.  GU and rectal within normal limits.
Extremities showed no fractures.  Range of motion was complete.
Neurologic showed motor and sensory intact.

DIAGNOSTIC STUDIES:  The patient had a chest x-ray which was
negative.  CAT scan of the head showed an open left skull
fracture which was depressed and a right epidural hematoma.  CAT
scan of the C-spine was negative.  CAT scan of the chest,
abdomen, and pelvis was also negative.

HOSPITAL COURSE:  The patient was seen in consultation by
Neurosurgery, admitted for craniotomy, fracture fixation and
elevation of the depressed skull fracture, and admission to
rehabilitation postop.  The patient will have a length of stay
of some 7 to 10 days.

```
0048161537251
Patient:      STASKIEWICZ, ROBERT
MRN:          011467768
Adm. Date:    Sep 08 2007
Dis. Date:    Sep 14 2007
CONTINUATION: DISCHARGE SUMMARY
```

and followed by PM&R.  The patient had a mild aphasia,
intermittent aphasia, transcortical motor aphasia which PM&R
felt that it could be worked up.  The patient could be worked up
as an outpatient, would continue the PT.  On September 14, 2007,
the patient decided that he wanted to leave.  The patient was
seen by multiple Trauma doctors, residents, and social worker.
The patient recommended that he should stay.  The patient
insisting that he would leave.  The patient was even spoken to
by 1 of his friends over the phone recommended that he stay but
he insisted that he would leave.  The patient would not wait for
prescriptions.  The patient did accept; however, Trauma
discharge instruction sheet with the telephone numbers of the
clinics and for the procedure that was done to him with the name
of the neurosurgeon and telephone numbers of where he should
follow up.  The patient was informed that he should keep this
form at least, so wherever he goes for his suture removal, which
he said will probably be in Freehold that at least they would
know what procedures were done and what doctors were treating
him.  The patient just turned around, nodded his head, and
walked away.  He did sign the AMA form.  Dr. Neil Banga Senior
Trauma resident on-call and Dr. _____ made aware of the
decision of the patient.  The patient did not accept any
prescriptions.  The patient signed an AMA.


_____
ERIC MUNOZ, MD/088061


Dict. By:  RICHARD HUGHES, PA/RH/6049
DD:  09/14/2007 18:42:00    DT:  09/15/2007    Job#:  90253420

Summary View for STASKIEWICZ, ROBERT 

Page 1 of 3

---


**Health**
**Correctional Health Services**

Insurance: Self Pay

# STASKIEWICZ, ROBERT

NYSID: 02976912H  BookCase: 3491116067
Facility Code: AMKC  Housing Area: QUAD-U8
43 Y old  Male, DOB: 12/28/1969
1147 VALHALLA DRIVE, PVT, NEW JERSEY, NJ-08814

Appointment Facility: West Facility

---

01/02/2013                                                                 Olga Segal, MD

### Current Medications
Methadone HCl 10 mg Tablet Detox starting at 50mg Daily, stop date 01/09/2013
Levetiracetam 500 mg Tablet 1 tab Twice a Day, stop date 01/19/2013
Neurontin 300 MG Capsule 1 cap Every 12 Hours, stop date 01/27/2013
Sumatriptan Succinate 100 mg Tablet 1 tab prn severe headache ,no more than 2/day, 3/week, 12/ month as directed, stop date 01/27/2013

### Past Medical History
Chickenpox
Seizures
Liver disease
Hypertension
As per him home meds : Catapress, Seroquel, Xanax, Keppra 500 mg bid,
Hypertension

### Reason for Appointment
1. HA

### History of Present Illness
Notes::
    43yo RH WM with extensive PMHx including Hepatitis, substance abuse, s/p severe head trauma (assaulted by brick) in 2007 with compound open depressed skull fracture, SDH, ICH, with resultant epilepsy, headache, referred on 1/2/13 for evaluation of HA's.
    Richard,Jean , MD 12/17/2012 3:56:38 PM > Patient seen at Bellevue with post traumatic migraine? Started on Topamax,naprosyn Sumatriptan
    Richard,Jean , MD 12/17/2012 3:57:08 PM > Patient refused again today 12-17-12.
    Pt reports that neurologist Dr. Henry at BVH is his regular neurologist on the "street".
    Pt has post-traumatic epilepsy since his brain injury. Pt was initiated in Dilantin, but had allergic reaction. Pt has been on Keppra 1000 bid since then; however, pt reports that since his admission to Rikers in Oct 2011 he has only been given Keppra 500 bid. Pt reports that he has "minor seizures", he feels them coming, he needs to sit down, becomes a bit disoriented. He reports "minor" seizures about 3-4 times per month, frequently happening at night and waking him up from sleep. He has not had any GTC seizures. After his "minor" seizures, pt usualy has severe headaches.
    Pt takes Imitrex 100mg and Fioricet for his migraines. Pt gets 12 Imitrex pills per month. He receives 3 Imitrex pills per week and usually uses them. Pt is being detoxed from Methadone since Dec.13 and this may have exacerbated his HA. Regarding Topamax, pt was taken from Rikers to BVH to see Dr. Henry on 10/18/12 and was started on Topamax. Pt reports he was taking it until Nov 20, when it was suddenly stopped. He tolerated Topamax well and had no side effects.
    I have reviewed Dr. Henry's note from 10/18/12: post-traumatic migraine. Recommend: Topamax 50bid (start 25bid x 1week), Naprosyn 500mg prior to exercise, Sumatriptan 100mg PRN severe HA, no more than 2/day, 3/week, 12/mon. Keep HA calendar.
    Pt reports that he is on Neurontin 600 bid to 300 bid; however, pt reports that he was on Neurontin 600 tid. He has severe nerve pain when he is not on appropriate dose of Neurontin.

---

Patient: STASKIEWICZ, ROBERT   DOB: 12/28/1969   Progress Note: Olga Segal, MD   01/02/2013
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

## Examination

General Examination:

GENERAL APPEARANCE: well-appearing, no acute distress.
NECK: GENERAL:-, supple, no carotid bruit.
HEART: HEART SOUNDS:-, normal S1S2.

Neurological:

CORTICAL FUNCTIONS: alert and oriented X 3, comprehension and language intact.
CRANIAL NERVES: II-XII normal bilaterally, except for decreased V1, V2, V3 on Left face (s/p injury).
MOTOR STRENGTH: Mild R-hemiparesis with 5-/5 in RUE and RLE, but no RUE pronator drift (s/p brain trauma). .
SENSORY: decreased LT, Temp, PP, Vibr in RUE and RLE, intact on Left side..
REFLEXES: bilaterally symmetrical at 2+ in UE and LE, babinski equivocal..
TREMORS: absent.
COORDINATION: finger to nose normal bilaterally .
GAIT AND STATION: steady with mild leaning to the right, difficulty with toe and heel walk due to R-knee injury, Romberg was negative.
SPEECH: normal, no aphasia..
MUSCLE BULK: normal .
PRONATOR DRIFT: not present .

## Assessments

1. Headache - 784.0

## Treatment

**1. Headache**

Stop Levetiracetam Tablet, 500 mg, 1 tab, Orally, Twice a Day, 30 days, 60
Start Levetiracetam Tablet, 250 MG, 3 tablets, Orally, Twice a Day, 30 days, Pharmacy, Refills 3
Stop Neurontin Capsule, 300 MG, 1 cap, Orally, Every 12 Hours, 30 days, 60
Start Neurontin Capsule, 300 MG, 2 caps, Orally, Twice a Day, 30 days, Pharmacy, Refills 3
Start Topamax Tablet, 25 MG, 2 tabs, Orally, Twice a Day (start at 25mg bid for the first week), 30 days, Pharmacy, Refills 3
Start Naprosyn Tablet, 250 MG, 2 tabs, Orally, Every Other Day to be used only for severe headaches, 30 days, Pharmacy, Refills 0
43yo RH WM with extensive PMHx including Hepatitis, substance abuse, s/p severe head trauma (assaulted by brick) in 2007 with compount open depressed skull fracture, SDH, ICH, with resultant epilepsy and post-traumatic migraines, referred on 1/2/13 for evaluation of HA's.
Pt last saw his neurologist Dr. Henry at BVH on 10/18/12 (see HPI).
Recommend:
-increase Keppra from 500 bid to 750bid since pt continues having "minor" seizures (suspect complex partial episodes); may need further increase to 1000 bid if pt continues to have episodes;
-increase Neurontin 300 bid to 600 bid (may need further increase);

---

Patient: STASKIEWICZ, ROBERT    DOB: 12/28/1969    Progress Note: Olga Segal, MD    01/02/2013
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

-restart Topamax 50 bid (start with Topamax 25 bid for one week);
-continue Imitrex 100mg PRN severe headaches, no more than 2/day, 3/week, 12/month;
-Naprosyn 500mg PRN headaches;
-seizure precautions were discussed with the pt, including NO DRIVING (pt lost his NJ driver's licence), no operating heavy machinery (pt used to be a crane operator). no swimming/bathing unattended, etc; pt expressed understanding;
-continue keeping Headache calendar;
-rtc 1 mon.

**Follow Up**
4 Weeks

Disposition: General Population



**Electronically signed by Olga Segal MD, MD on 01/02/2013 at 10:15 AM EST**

**Sign off status: Completed**

_____

**West Facility**
16-06 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-4150
Fax:

_____

Patient: STASKIEWICZ, ROBERT    DOB: 12/28/1969    Progress Note: Olga Segal, MD    01/02/2013

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Mood:
= *Anxious,Irritable*

Affect:
= *Labile*

Impulse control:
= *Adequate*

Thought process:
= *Spontaneous,Relevant*

Thought content:
= *Normal*

Perceptual disturbance:
= *No Perceptual Distortions*

Suicidal:
= *No Suicidal Thoughts*

Homicidal:
= *No Homicidal Thoughts*

Insight:
= *Slight Awareness of Illness*

Judgment:
= *Adequate*

MEDICATION SIDE EFFECT:
Medication Side Effect
Medication Side Effect:  *not on any psychotropic med*

PATIENT EDUCATION - SIDE EFFECTS:
Patient education - side effects
-Patient education provided on side effects of proposed
medication:  *Patient made aware about adverse effects of
medications & asked to seek help if needed, Patient was educated
about compliance with treatment.*

MEDICATION COMPLIANCE:
Medication Compliance
= *.n/a*

CHANGE IN MEDICATION:
Change in Medication
Change in medication regimen:  *No*

**Assessments**

1. Axis I: Impulse control disorder, unspecified - 312.30
2. Posttraumatic brain syndrome, nonpsychotic - 310.2
3. Axis II: Diagnosis deferred - 799.9

4. Axis III: Epilepsy, unspecified, without mention of intractable

_____

Patient: STASKIEWICZ, ROBERT    DOB: 12/28/1969    Progress Note: Rashid Mian, MD    12/13/2012
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

epilepsy - 345.90
5. Elevated blood pressure reading without diagnosis of hypertension - 796.2

Axis IV: Legal/criminal system problems

Axis V: 55

**Treatment**
**1. Impulse control disorder, unspecified**
no psych meds.

Disposition: GP with MH follow up-Clinician/Psychiatrist
Notes: reurn to c 95 follow up by mental health for counsling only on no meds



**Electronically signed by Rashid Mian MD on 12/13/2012 at 07:11 PM EST**

**Sign off status: Completed**

---

Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-3550
Fax:

---

Patient: STASKIEWICZ, ROBERT   DOB: 12/28/1969   Progress Note: Rashid Mian, MD   12/13/2012

Note generated by eClinicalWorks EMR/FM Software (www.eClinicalWorks.com)



**Health**
**Correctional Health Services**

Insurance: Self Pay

# STASKIEWICZ, ROBERT

NYSID: 02976912H  BookCase: 3491116067
Facility Code: AMKC  Housing Area: QUAD-U12
42 Y old Male, DOB: 12/28/1969
1147 VALHALLA DRIVE, PVT, NEW JERSEY, NJ-08814

Appointment Facility: Anna M. Kross Correctional Facility

12/13/2012                                              Rashid Mian, MD

### Current Medications
Sumatriptan Succinate 100 mg Tablet 1 tab at onset of headache, may repeat in 2 hours prn, max. 200mg in 24 hours, max. 6 tabs /month Twice a Day/PRN, stop date 12/20/2012
Neurontin 300 MG Capsule 1 cap Every 12 Hours, stop date 12/21/2012
Methadone HCl 10 mg Tablet Detox starting at 50mg Daily, stop date 01/09/2013

### Past Medical History
Chickenpox
Seizures
Liver disease
Hypertension
As per him home meds : Catapress, Seroquel, Xanax, Keppra 500 mg bid, Hypertension

### Reason for Appointment
1. C 95 ref
2. 42 year old Caucasian male referred from 95 for MO level of disposition form does not indicate suicidal watch.Patient states he was upset because medical doctor was going to detox me from Methadone they want to send me to box.States he never said he was suicidal but was thinking of suing Dr Richards for stopping his medications.States never was going to hurt anyone.States he feel comfortable in current housing.A review of records indicate Methadone 50 mg daiy for 27 days.

### History of Present Illness
TEMPLATES:

   PSYCHIATRY - MEDICATION REEVALUATION
SUBJECTIVE:
   Subjective
   = Patient states"I will stop my seizure medications if they put me in box.I dont have bone in my head I was in coma for 8 months.Why are they doing this to me.I have been in same house for two years I will be released in May 2012 now they want to send me to box."

### Examination

OBJECTIVE:
   Objective:
   = .This is a patient with head trauma and craniotomy on anti convulsants.He is dependant on methadone and and likely abusing some pain medications.because of his medical condition this patient is inappropriate for punitive segregation any way.He is carrying with him a big bundle of medical records.He does not want to stay in c71 feels comfortable in his previous.
MENTAL STATUS:
   Appearance:
   = Chronological Age

   Behavior:
   = Cooperative

*Not Fit For Box*
*But, I am still Detoxed*

Patient: STASKIEWICZ, ROBERT   DOB: 12/28/1969   Progress Note: Rashid Mian, MD   12/13/2012
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

 **Health**
## Correctional Health Services

# STASKIEWICZ, ROBERT

NYSID: 02976912H  BookCase: 349116067
Facility Code: AMKC  Housing Area: QUAD-U12
42 Y old Male, DOB: 12/28/1969
1147 VALHALLA DRIVE, PVT, NEW JERSEY, NJ-08814

Insurance: Self Pay

Appointment Facility: Anna M. Kross Correctional Facility

12/13/2012                                                      Qiana Ware, CASAC

**Current Medications**

Sumatriptan Succinate 100 mg Tablet 1 tab at
onset of headache, may repeat in 2 hours prn,
max. 200mg in 24 hours, max. 6 tabs /month
Twice a Day/PRN, stop date 12/20/2012
Neurontin 300 MG Capsule 1 cap Every 12
Hours, stop date 12/21/2012
Methadone HCl 50 mg Tablet Methadone
Keep 50 mg Daily, stop date 01/22/2013

**Past Medical History**

Chickenpox
Seizures
Liver disease
Hypertension
As per him home meds : Catapress, Seroquel,
Xanax, Keppra 500 mg bid,
Hypertension

**Reason for Appointment**

1. KEEP Involuntary Detox
2. As per Officer Mc Farland(shield #10360) patient must be detoxed
off of methadone to complete Bing time. Patient ldm 12/12/12 with
60mg. 27 day detox protocol submitted for MD review and approval;
with a starting dose of 50mg.

**Electronically signed by Qiana (Provider) Ware , CASAC-T on
12/13/2012 at 11:28 AM EST**

**Sign off status: Completed**

Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-3550
Fax:

Patient: STASKIEWICZ, ROBERT    DOB: 12/28/1969    Progress Note: Qiana Ware, CASAC    12/13/2012

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Health**
**Correctional Health Services**

# STASKIEWICZ, ROBERT

42 Y old Male, DOB: 12/28/1969
1147 VALHALLA DRIVE, PVT, NEW JERSEY, NJ 08814
Provider: Richard, Jean, MD

**Telephone Encounter**

| | | |
|---|---|---|
| **Answered by** | Richard, Jean | Date: 12/13/2012 |
| | | Time: 01:23 PM |

**Reason**     Medication Discontinuation

**Refills**     Stop Methadone HCl Tablet, 50 mg, Orally, RN-DOT, Methadone Keep 50 mg, Daily, 60 days

Patient: STASKIEWICZ, ROBERT   DOB: 12/28/1969   Provider: Richard, Jean, MD   12/13/2012

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

 **Health**
**Correctional Health Services**

# STASKIEWICZ, ROBERT

42 Y old  Male, DOB: 12/28/1969
1147 VALHALLA DRIVE, PVT, NEW JERSEY, NJ 08814
Provider: Richard, Jean, MD

**Telephone Encounter**

**Answered by**      Richard, Jean

Date: 12/13/2012
Time: 01:24 PM

**Reason**          Medication Renewal

**Refills**         Start Methadone HCl Tablet, 10 mg, Orally, Detox starting at 50mg, Daily, 27 days, Refills=0

---

**Reason for Appointment**
1. Medication Renewal
2. Patient is no more eligible for KEEP

**Current Medications**
Sumatriptan Succinate 100 mg Tablet 1 tab at onset of headache, may repeat in 2 hours prn, max. 200mg in 24 hours, max. 6 tabs /month Twice a Day/PRN, stop date 12/20/2012
Neurontin 300 MG Capsule 1 cap Every 12 Hours, stop date 12/21/2012

**Past Medical History**
Chickenpox
Seizures
Liver disease
Hypertension
As per him home meds : Catapress, Seroquel, Xanax, Keppra 500 mg bid,
Hypertension

**Treatment**
1. Others
Start Methadone HCl Tablet, 10 mg, Detox starting at 50mg, Orally, Daily, 27 days, Refills 0

---

Patient: STASKIEWICZ, ROBERT   DOB: 12/28/1969   Provider: Richard, Jean, MD   12/13/2012

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



**Health**
**Correctional Health Services**

# STASKIEWICZ, ROBERT

42 Y old Male, DOB: 12/28/1969
1147 VALHALLA DRIVE, PVT, NEW JERSEY, NJ 08814
Provider: Park, Joon, MD

---

**Telephone**
**Encounter**

| | | |
|---|---|---|
| **Answered by** | Park, Joon | Date: 12/11/2012 |
| | | Time: 09:30 AM |

**Reason**    Sumitriptan order

**Message**    Patient had 6 pills maxium dose of Sumatriptan ( neurologist recommened)  between 11/21/12 to 12/20/12. Next Rx will be start on 12/21/12.

**Action Taken**    Park,Joon , MD 12/11/2012 9:31:36 AM > Maxium of 6 pills Q month were given

---

Patient: STASKIEWICZ, ROBERT    DOB: 12/28/1969    Provider: Park, Joon, MD    12/11/2012

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://10.156.157.40:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=3...    1/2/2013

*Hospital*

*Dr Hewey is a specialist I was to see 12/13*

# STASKIEWICZ, ROBERT



**Health**
**Correctional Health Services**

NYSID: 02976912H  BookCase: 3491116067
Facility Code: AMKC  Housing Area: QUAD-U12
42 Y old Male, DOB: 12/28/1969
1147 VALHALLA DRIVE, PVT, NEW JERSEY, NJ-08814

Insurance: Self Pay

Appointment Facility: Anna M. Kross Correctional Facility

---

12/04/2012                                     Progress Notes:  Pierre Provilon, PA

**Current Medications**
Sumatriptan Succinate 100 mg Tablet 1 tab at
onset of headache, may repeat in 2 hours prn,
max. 200mg in 24 hours, max. 6 tabs /month
Twice a Day/PRN, stop date 12/20/2012
Neurontin 300 MG Capsule 1 cap Every 12
Hours, stop date 12/21/2012
Methadone HCl 50 mg Tablet Methadone
Keep 50 mg Daily, stop date 01/22/2013

**Past Medical History**
Chickenpox
Seizures
Liver disease
Hypertension
As per him home meds : Catapress, Seroquel,
Xanax, Keppra 500 mg bid,
Hypertension

**Reason for Appointment**
1. Patient refuses to be transferred to WF for scheduled PT Clinic F/U
for personal reasons. Risks, & Consequences explained, & understood.
Refusal form signed, & added to Chart. APP.

☒

**Electronically signed by Pierre Provilon PA on 12/04/2012 at
09:46 PM EST**

**Sign off status: Completed**

---

Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-3550
Fax:

---

Patient: STASKIEWICZ, ROBERT    DOB: 12/28/1969    Progress Note: Pierre Provilon, PA    12/04/2012

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Health**
**Correctional Health Services**

Insurance: Self Pay

# STASKIEWICZ, ROBERT

NYSID: 02976912H  BookCase: 3491116067
Facility Code: AMKC  Housing Area: QUAD-U1
42 Y old  Male, DOB: 12/28/1969
1147 VALHALLA DRIVE, PVT, NEW JERSEY, NJ-08814

Appointment Facility: Anna M. Kross Correctional Facility

10/12/2012                                         Terry Gravesande, RPA

## Current Medications
Keppra 500 mg Tablet 1 tab Twice a Day, stop
date 11/19/2012
Methadone HCl 50 mg Tablet Methadone
Keep 50 mg Daily, stop date 11/27/2012
Naprosyn 250 MG Tablet 2 tabs Twice a day,
stop date 10/16/2012

## Past Medical History
Chickenpox
Seizures
Liver disease
Hypertension
As per him home meds : Catapress, Seroquel,
Xanax, Keppra 500 mg bid,
Hypertension

## Allergies
N.K.D.A.

## Reason for Appointment
1. Complaint F/u

## History of Present Illness
Notes::
    Pt. c/o Migraine Headache secondary to Head trauma 2007 s/p
Compressed Depressed Fracture ; Subdural hematoma ; inteercerebral
hemorrhage. Pt also has h/O Seizure and is receiving Keppra and was
given MD f/u :10/2/2012.
    Pt. states that he was receiving Celebrex; Adderall; clonidine and
Keppra on the street.
    Pt. had normal BP and states that he was given Clonidine; and
given Adderall by Neurologist or for ADDH. Will start Furicet and will
refer patient to Neurologist. Pt. has Pain Management pending.
    Pt. c/o Rt. Knee pain secondary to MVA 1987 and 2005 and gave
h/o Arthritis. Pt. is presently on Naprosyn.

## Vital Signs

| BP | | |
|---|---|---|
| 112/80 | 10/12/2012 08:58:18 PM | Terry Gravesande |
| **Pulse** | | |
| 66 | 10/12/2012 08:58:18 PM | Terry Gravesande |
| **RR** | | |
| 16 | 10/12/2012 08:58:18 PM | Terry Gravesande |
| **Temp** | | |
| 98.3 | 10/12/2012 08:58:18 PM | Terry Gravesande |

## Examination
General Examination:
    GENERAL APPEARANCE: well-appearing, well-developed, , no
acute distress.
    HEENT: **HEAD:-**, normocephalic, **EYES:-**, PERRLA, EOMI.
    NECK: GENERAL:-, supple, no thyromegaly, no lymphadenopathy,
no carotid bruit, no JVD.

Patient: STASKIEWICZ, ROBERT   DOB: 12/28/1969   Progress Note: Terry Gravesande, RPA   10/12/2012
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

NYSID: 02976912H  BookCase: 3491116067
Facility Code: AMKC  Housing Area: QUAD-U12
Patient: STASKIEWICZ, ROBERT
Provider: Ranford Osscennie, RN
DOB: 12/28/1969  Age: 42 Y  Sex: Male
Date: 12/03/2012
Phone:
Address: 1147 VALHALLA DRIVE, PVT, NEW JERSEY, NJ-08814

**Subjective:**
   1. Medication.
  **HPI:**
    Notes::
    Patient AAOx3 attend for medication this pm. Denies headache or other symptoms at initial assessment. Patient asked to have Fioricet tablet. Patient was informed that he no longer had that medication. Patient said he was having onset of headache. Patient was offered Sumatriptan 100mg which he has available, patient refused same. Patient was offered consultation with MD/PA on duty. Patient began to shout that I am denying him his medication. Patient became physical aggressive in the holding pen, DOC escorted him from the clinic.

**Medical History:** Chickenpox, Seizures, Liver disease, Hypertension, As per him home meds : Catapress, Seroquel, Xanax, Keppra 500 mg bid, , Hypertension.

**Medications:** Sumatriptan Succinate 100 mg Tablet 1 tab at onset of headache, may repeat in 2 hours prn, max. 200mg in 24 hours, max. 6 tabs /month Twice a Day/PRN, stop date 12/20/2012, Neurontin 300 MG Capsule 1 cap Every 12 Hours, stop date 12/21/2012, Methadone HCl 50 mg Tablet Methadone Keep 50 mg Daily, stop date 01/22/2013

**Allergies:**

**Objective:**
  **Vitals:**
   **Past Orders:**
   **Examination:**


*ON 11/20/12 Fioricet was discontinued?? Zwhy??*

**Assessment:**
  **Assessment:**

**Plan:**
  **Immunizations:**
  **Therapeutic Injections:**
  **Labs:**

**Provider:** Ranford Osscennie, RN
**Patient:** STASKIEWICZ, ROBERT  **DOB:** 12/28/1969  **Date:** 12/03/2012

[x]

**Electronically signed by Osscennie Ranford RN on 12/03/2012 at 07:19 PM EST**
**Sign off status:** Completed



**Health**
**Correctional Health Services**

# STASKIEWICZ, ROBERT

NYSID: 02976912H  BookCase: 3491116067
Facility Code: AMKC  Housing Area: QUAD-U12
42 Y old  Male, DOB: 12/28/1969
1147 VALHALLA DRIVE, PVT, NEW JERSEY, NJ-08814

Insurance: Self Pay

Appointment Facility: Anna M. Kross Correctional Facility

11/23/2012                                                    Tarra Chaterpaul

**Current Medications**
Methadone HCl 50 mg Tablet Methadone
Keep 50 mg Daily, stop date 11/27/2012
Sumatriptan Succinate 100 mg Tablet 1 tab at
onset of headache, may repeat in 2 hours prn,
max. 200mg in 24 hours, max. 6 tabs /month
Twice a Day/PRN, stop date 12/20/2012
Neurontin 300 MG Capsule 1 cap Every 12
Hours, stop date 12/21/2012

**Past Medical History**
Chickenpox
Seizures
Liver disease
Hypertension
As per him home meds : Catapress, Seroquel,
Xanax, Keppra 500 mg bid,
Hypertension

**Reason for Appointment**
1. KEEP Renewal Note
2. KEEP Renewal Note, Profile submitted for MD review and approval
for methadone renewal @ 50 mg x 60 days, treatment plan updated
and signed..

☒

Electronically signed by Tarra Chaterpaul , CASAC-T on
11/23/2012 at 11:37 AM EST

Sign off status: Completed

Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-3550
Fax:

Patient: STASKIEWICZ, ROBERT    DOB: 12/28/1969    Progress Note: Tarra Chaterpaul    11/23/2012

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

KEEP was renewed above date 11/23/12
& then discontinued 12/13/12 &
then Re ordered 1/16/13 because I am Not fit for Big time
But Not to my regular dose of 50mgs only to 20mgs pain management



**STASKIEWICZ, ROBERT**

42 Y old Male, DOB: 12/28/1969
1147 VALHALLA DRIVE, PVT, NEW JERSEY, NJ 08814
Provider: Ozo-Onyali, Chukwudi, MD

**NYC Health**
**Correctional Health Services**

Telephone
Encounter

| | |
|---|---|
| **Answered by** | Ozo-Onyali, Chukwudi |

Date: 11/21/2012
Time: 06:01 PM

**Reason**  Medication Renewal

**Message**  renew fioricet for headache

**Refills**  Start Neurontin Capsule, 300 MG, Orally, Pharmacy, 1 cap, Every 12 Hours, 30 days, Refills=0

**Reason for Appointment**
1. Medication Renewal

**Current Medications**
Methadone HCl 50 mg Tablet Methadone Keep 50 mg Daily, stop date 11/27/2012
Fioricet 50-325-40 MG Tablet 1 tab Q PM/renew, stop date 11/21/2012
Sumatriptan Succinate 100 mg Tablet 1 tab at onset of headache, may repeat in 2 hours prn, max. 200mg in 24 hours, max. 6 tabs /month Twice a Day/PRN, stop date 12/20/2012

**Past Medical History**
Chickenpox
Seizures
Liver disease
Hypertension
As per him home meds : Catapress, Seroquel, Xanax, Keppra 500 mg bid,
Hypertension

**Assessments**
1. Headache - 784.0

**Treatment**
**1. Headache**
Start Neurontin Capsule, 300 MG, 1 cap, Orally, Every 12 Hours, 30 days, Pharmacy, Refills 0
pt with chronic migrainous headache on sumatrptan for abortive therapy- will d/c fioricet and add neurontin for headache prophylaxis
    while awaiting neurology recomendation.

Patient: STASKIEWICZ, ROBERT    DOB: 12/28/1969    Provider: Ozo-Onyali, Chukwudi, MD    11/21/2012

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Health**
**Correctional Health Services**

# STASKIEWICZ, ROBERT

42 Y old Male, DOB: 12/28/1969
1147 VALHALLA DRIVE, PVT, NEW JERSEY, NJ 08814
**Provider: Latunji, Michael, MD**

**Telephone Encounter**

**Answered by**    Latunji, Michael

Date: 11/20/2012
Time: 07:50 PM

**Reason**    Medication Renewal

**Action Taken**    Latunji,Michael , MD 11/20/2012 7:50:35 PM > MEDICATION RENEWAL.

**Refills**    Stop Sumatriptan Succinate Tablet, 100 mg, Orally, RN-DOT, 1 tab, Twice a Day, 30 days

Start Sumatriptan Succinate Tablet, 100 mg, 1 tab at onset of headache, may repeat in 2 hours prn, max. 200mg in 24 hours, max. 6 tabs /month, Twice a Day/PRN, 30 days, Refills=0

**Reason for Appointment**
1. Medication Renewal

**Current Medications**
Methadone HCl 50 mg Tablet Methadone Keep 50 mg Daily, stop date 11/27/2012
Topamax 25 MG Tablet 25 mg BIDx 1 week, then 50 mg bidx 3 weeks As Directed, stop date 11/20/2012
Fioricet 50-325-40 MG Tablet 1 tab Q PM/renew, stop date 11/21/2012
Sumatriptan Succinate 100 mg Tablet 1 tab Twice a Day, stop date 12/20/2012

**Past Medical History**
Chickenpox
Seizures
Liver disease
Hypertension
As per him home meds : Catapress, Seroquel, Xanax, Keppra 500 mg bid,
Hypertension

**Allergies**
N.K.D.A.

**Assessments**
1. Migraine variants, other, w/o intractable migraine, with status migrainosus - 346.22

**Treatment**
**1. Migraine variants, other, w/o intractable migraine, with status migrainosus**
Stop Sumatriptan Succinate Tablet, 100 mg, 1 tab, Orally, Twice a Day, 30 days, RN-DOT
Start Sumatriptan Succinate Tablet, 100 mg, 1 tab at onset of headache, may repeat in 2 hours prn, max. 200mg in 24

Patient: STASKIEWICZ, ROBERT   DOB: 12/28/1969   Provider: Latunji, Michael, MD   11/20/2012
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

hours, max. 6 tabs /month, Orally, Twice a Day/PRN, 30 days, RN-DOT, Refills 0

---

Patient: STASKIEWICZ, ROBERT   DOB: 12/28/1969   Provider: Latunji, Michael, MD   11/20/2012

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



## STASKIEWICZ, ROBERT

**Health**
**Correctional Health Services**

42 Y old  Male, DOB: 12/28/1969
1147 VALHALLA DRIVE, PVT, NEW JERSEY, NJ 08814
Provider: Antione, Achille, PA

**Telephone**
**Encounter**

**Answered by**   Antione, Achille

Date: 10/19/2012
Time: 02:20 PM

**Reason**      Message

**Message**     PATIENT WAS EVALUATED AT BELLEVUE HOSPITAL AND HAS AN APPOINTMENT
                SCHEDULED FOR 12/13/12

**Action Taken**   Antione ,Achille , PA 10/19/2012 2:23:06 PM > REFERRAL MADE FOR NEUROLOGY CLINIC/
                   BELLEVUE HOSPITAL ON 12-13-12 Viera,David , PA 10/22/2012 9:40:27 AM > ECW CLEAN UP:
                   ADDRESSED OPEN TELEPHONE ENCOUNTER

Patient: STASKIEWICZ, ROBERT   DOB: 12/28/1969   Provider: Antione, Achille, PA   10/19/2012

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Follow up was For Bellevue Hospital
Clinic NOT West Facility Clinic Here
At Rikers Island on 12/13/12

Summary View for STASKIEWICZ, ROBERT

Page 1 of 1



**Health**
**Correctional Health Services**

# STASKIEWICZ, ROBERT

42 Y old Male, DOB: 12/28/1969
1147 VALHALLA DRIVE, PVT, NEW JERSEY, NJ 08814
Provider: Antione, Achille, PA

**Telephone Encounter**

**Answered by**    Antione, Achille

Date: 10/19/2012
Time: 02:19 PM

**Reason**    BELLEVUE HOSPITAL / NEUROLOGY CLINIC APPOINTMENT

**Action Taken**    Kadri,Aslam , MD 10/20/2012 7:36:05 PM > Note locked per SMD

**Reason for Appointment**
1. BELLEVUE HOSPITAL / NEUROLOGY CLINIC APPOINTMENT

**Current Medications**
None

**Past Medical History**
Chickenpox
Seizures
Liver disease
Hypertension
As per him home meds : Catapress, Seroquel, Xanax, Keppra 500 mg bid,
Hypertension

Patient: STASKIEWICZ, ROBERT   DOB: 12/28/1969   Provider: Antione, Achille, PA   10/19/2012

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

HEART: PMI:-, normal, RATE:-, regular, RHYTHM:-, regular, HEART SOUNDS:-, normal S1S2.

CHEST: SHAPE AND EXPANSION:-, normal.

LUNGS: normal, , clear to auscultation bilaterally, no wheezes/rhonchi/rales, regular breathing rate and effort, good air exchange.

ABDOMEN: normal without tenderness, masses, or megaly, soft, NT/ND, BS present, .

SKIN: normal, no rash, unremarkable, good turgor, moist, warm.

EXTREMITIES: normal ROM, no edema, pulses 2 plus bilaterally, sensations normal Rt. KNEE: Non tender; FROM without pain; no swelling; Crepitus present.

PERIPHERAL PULSES: normal (2+) bilaterally.

NEUROLOGIC EXAM: unremarkable, normal cranial nerves II-XII sensory & motor WNL, DTR 2 plus.

MENTAL STATUS: alert , oriented to person, oriented to place, oriented to time.

**Assessments**

1. Hepatitis C without hepatic coma, not otherwise specified - 070.70
2. Elevated blood pressure reading without diagnosis of hypertension - 796.2, BP Normotensive
3. EPILEP NOS W/O INTR EPIL - 345.90
4. Migraine variants, other, w/o intractable migraine, with status migrainosus - 346.22
5. Pain in limb - 729.5
6. Psychiatric disorder or problem - 300.9

**Treatment**

**1. Hepatitis C without hepatic coma, not otherwise specified**
Continue observation for now.

**2. EPILEP NOS W/O INTR EPIL**
continue current therapy.

**3. Migraine variants, other, w/o intractable migraine, with status migrainosus**
Start Fioricet Tablet, 50-325-40 MG, 1 tab, Orally, Every 12 Hours, 14 days, RN-DOT, Refills 0
Referral To:Neurology WF    Neurology
           Reason:Migrine Headache / Vomiting s/p Head Injury

**4. Pain in limb**
Diagnostic Imaging:Knee Right Standing Ap, Lateral (XRAY)
continue current therapy.

**5. Psychiatric disorder or problem**
Referral To:Mental Health AMKC    Mental health
           Reason:Psychiatric D/O

**Follow Up**

10/29/2012 (Reason: Hep C ; seizure ; Migraine; F/U Rt. Knee XRay)

---

Patient: STASKIEWICZ, ROBERT   DOB: 12/28/1969   Progress Note: Terry Gravesande, RPA   10/12/2012
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Disposition: General Population

☒

Electronically signed by Terry Gravesande PA on 10/12/2012
at 09:16 PM EDT

Sign off status: Completed

---

Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-3550
Fax:

---

Patient: STASKIEWICZ, ROBERT   DOB: 12/28/1969   Progress Note: Terry Gravesande, RPA   10/12/2012

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



**Health**
**Correctional Health Services**

# STASKIEWICZ, ROBERT

42 Y old Male, DOB: 12/28/1969
1147 VALHALLA DRIVE, PVT, NEW JERSEY, NJ 08814
Provider: Hasan, Azmat, MD

Telephone
Encounter

**Answered by**      Hasan, Azmat
                                                        Date: 10/23/2012
                                                        Time: 11:58 AM

**Reason**           BVH Neurology clinic return

**Message**          Patient was seen on 10/18/2012 Dx Post Traumatic Migraine. Advised meds as prescribed. RTC on
                     12/13/2012

**Refills**          Start Topamax Tablet, 25 MG, Orally, Pharmacy, 25 mg BIDx 1 week, then 50 mg bidx 3 weeks, As
                     Directed, 28 days, Refills=0
                     Start Naprosyn Tablet, 250 MG, Orally, recommended by BVH neurology, Pharmacy, 500 mg prn prior
                     to exercise, Daily, 10 days, Refills=0
                     Start Sumatriptan Succinate Tablet, 100 mg, Orally, Pharmacy, prn severe headache, No more than
                     2/day, 3/week, 12/month, As Directed, 30 days, Refills=0

**Reason for Appointment**
1. BVH Neurology clinic return

**Current Medications**
Keppra 500 mg Tablet 1 tab Twice a Day, stop date 11/19/2012
Methadone HCl 50 mg Tablet Methadone Keep 50 mg Daily, stop date 11/27/2012
Fioricet 50-325-40 MG Tablet 1 tab Every 12 Hours, stop date 10/26/2012

**Past Medical History**
Chickenpox
Seizures
Liver disease
Hypertension
As per him home meds : Catapress, Seroquel, Xanax, Keppra 500 mg bid,
Hypertension

**Assessments**
1. Migraine variants, other, w/o intractable migraine, with status migrainosus - 346.22

**Treatment**
**1. Migraine variants, other, w/o intractable migraine, with status migrainosus**
Start Topamax Tablet, 25 MG, 25 mg BIDx 1 week, then 50 mg bidx 3 weeks, Orally, As Directed, 28 days, Pharmacy, Refills
0

Patient: STASKIEWICZ, ROBERT   DOB: 12/28/1969   Provider: Hasan, Azmat, MD   10/23/2012
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Start Naprosyn Tablet, 250 MG, 500 mg prn prior to exercise, Orally, recommended by BVH neurology, Daily, 10 days, Pharmacy, Refills 0
Start Sumatriptan Succinate Tablet, 100 mg, prn severe headache, No more than 2/day, 3/week, 12/month, Orally, As Directed, 30 days, Pharmacy, Refills 0
Referral To:Neurology (REF) Bellevue    Neurology
Reason:post traumatic migraine

---

Patient: STASKIEWICZ, ROBERT   DOB: 12/28/1969   Provider: Hasan, Azmat, MD   10/23/2012

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Allison, Chevelle**

| | |
|---|---|
| **From:** | Trent, Sarah |
| **Sent:** | Wednesday, December 19, 2012 8:29 AM |
| **To:** | Allison, Chevelle |
| **Cc:** | Wilker, Dale |
| **Subject:** | Mr. Staskiewicz - Message |

Ms. Allison, please give Mr. S the following message:

Mr. S -

I got your message from last night where you state that they are still reducing your methadone, and that you have stopped taking your seizure meds.

Dale is aware of the health issues.  He sent a very detailed letter to the officials in charge yesterday.  Dale's email was sent about 2 pm yesterday.

I also got in touch with the KEEP program yesterday, and spoke to a person named Ruben.  I faxed over a letter regarding your situation and they indicated that since you had a city sentence, they would not reduce your methadone.  I called again this morning, and the person I spoke to said that they received the letter.  It was faxed at about 2 pm yesterday.

I assume that AMKC does not react to these messages right away.  So give it some time and see what happens today re the Methadone.

Mr. S - you must take your seizure medication.  Please, I do not want your situation to become worse than it is.

Ms. Allison knows that she can email me with any issues and that I will try to address them while I am away.

I am in a meeting all day today, so I cannot set up a call today.

Sarah E. Trent

1

Staff Attorney
The Legal Aid Society
Civil Practice / Prisoners' Rights Project
199 Water Street, Room 6039
New York, New York 10038
tel: 212-577-3530 ext. 3943
fax: 212-509-8433
email: dwilker@legal-aid.org

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, then please destroy the email after advising by reply that you erroneously received this communication and that it has been destroyed and permanently deleted from all of your email servers and work stations. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. Please take note that: (1) e mail communication is not a secure method of communication; (2) any e mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and (3) persons not participating in our communications may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which email is passed.

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Tuesday, August 21, 2012 11:32 AM |
| **To:** | 'Dr. Jay Cowan'; 'Dr. Homer Venters'; 'Erik Berliner' |
| **Cc:** | Trent, Sarah; Amanda Parsons; 'Athanasia Toumanidis'; Donald Doherty; Dr. Carl J. Keldie; Dr. Luis Cintron; Dr. R. Macdonald; George Axelrod; Nancy Arias RN; Patricia Morgese; Pinney, Becky; Vivienne McDonald; 'capotler@boc.nyc.gov'; 'Tonya (BOC) Glover'; 'Masters, Amanda'; Lewis Finkelman, Esq.; Thomas Bergdall, Esq. |
| **Subject:** | RE: ANTI-SEIZURE MEDICATIONS NEEDED: Robert Staskiewicz  349-11-16067 AMKC |



Mr. Staskiewicz reports that, yesterday, during a search, an officer seized his week's supply of Keppra, a medication which he needs to take twice daily to prevent epileptic seizures. He says he was prescribed Keppra (Levetiracetam) as a carry medication because half of his natural skull was removed in 2007 when he suffered traumatic brain injury. See: http://www.ncbi.nlm.nih.gov/pubmedhealth/PMH0001067/

Would you please make sure that he receives a replacement supply of Keppra this morning?

We also request that DOC remind its officers not to seize prescription medication from inmates, at least without first verifying the need for the medication with jail health care staff.

Mr. Staskiewicz says that officers routinely take inmate medications during searches. In yesterday's incident he says that a female officer, whose name he does not know because he says she covered her name badge took his carry supply of Keppra and, when he asked to have it back, she refused, even though the prescription information was on the carry bag and even though he says that he explained to her that there could be fatal consequences for him without the medication. He says that this officer told him that he "should have thought about that before he came to jail."

Thank you for your attention to these matters. Please let us know your actions taken to address his medical treatment needs

4

Staff Attorney
The Legal Aid Society
Civil Practice / Prisoners' Rights Project
199 Water Street, Room 6039
New York, New York 10038
tel: 212-577-3530 ext. 3943
fax: 212-509-8433
email: dwilker@legal-aid.org

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, then please destroy the email after advising by reply that you erroneously received this communication and that it has been destroyed and permanently deleted from all of your email servers and work stations. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. Please take note that: (1) e mail communication is not a secure method of communication; (2) any e mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and (3) persons not participating in our communications may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which email is passed.

| From: | Wilker, Dale |
|---|---|
| Sent: | Tuesday, September 04, 2012 2:35 PM |
| To: | 'Dr. Jay Cowan'; 'Dr. Homer Venters'; 'Erik Berliner' |
| Cc: | Trent, Sarah; 'Amanda Parsons'; 'Athanasia Toumanidis'; 'Donald Doherty'; 'Dr. Carl J. Keldie'; 'Dr. Luis Cintron'; 'Dr. R. Macdonald'; 'George Axelrod'; 'Nancy Arias RN'; 'Patricia Morgese'; 'Pinney, Becky'; 'Vivienne McDonald'; 'capotler@boc.nyc.gov'; 'Tonya (BOC) Glover'; 'Masters, Amanda'; 'Lewis Finkelman, Esq.'; 'Thomas Bergdall, Esq.' |
| Subject: | |
| Attachments: | Picture (Metafile); Picture (Metafile); Picture (Metafile) |



THE
LEGAL
AID
SOCIETY

Mr. Staskiewicz,  who has a traumatic brain injury,  reports through his attorney that PHS has not administered Gabapentin to him for two days because the prescription expired  and has not been reordered yet.

Mr. Staskiewicz says that he has requested sick call for the past three days and he has not been seen.  He says that he has been  waiting to be seen today, but does not know if he will actually be taken to the clinic because of the restrictive movement policy at AMKC.

Would you please have him seen as soon as possible and provided with any appropriate and necessary treatment?

Thank you for your attention to these matters.  Please let us know your actions taken to address his medical treatment needs, as well as your findings and any actions taken to resolve his complaints about inadequate care and treatment.

*Dale A. Wilker*

3

constitute a waiver of the work-product doctrine. Please take note that: (1) e mail communication is not a secure method of communication; (2) any e mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and (3) persons not participating in our communications may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which email is passed.

| From: | Wilker, Dale |
|---|---|
| Sent: | Wednesday, September 26, 2012 10:55 AM |
| To: | 'Dr. Jay Cowan'; 'Dr. Homer Venters' |
| Cc: | Amanda Parsons; Athanasia Toumanidis; Donald Doherty; Dr. Carl J. Keldie; Dr. Luis Cintron; Dr. R. Macdonald; George Axelrod; Nancy Arias RN; Patricia Morgese; Pinney, Becky; Vivienne McDonald; Amanda Masters; capotler@boc.nyc.gov; Tonya (BOC) Glover |
| Subject: | RE: ANTI-SEIZURE MEDICATIONS NEEDED: Robert Staskiewicz  349-11-16067 AMKC |



THE
LEGAL
AID
SOCIETY

We are writing to provide additional details of Mr. Staskiewicz' history of traumatic brain injury and to request that he be provided with medications to control seizures and migraine headaches which he says that he continues to experience.

In 2007 Mr. Staskiewicz' suffered a compound depressed skull fracture and lapsed into a coma when he hit several times in the head with a brick.  He also suffered a subdural hematoma and intracerebral hemorrhage which left him in critical condition after surgery to repair the damage.  See the attached hospital surgical records from University Hospital of Newark, NJ.


    << File: 2007 UNIVERSITY HOSPITAL SURGERY RECORDS.pdf >>

He says that he currently has migraine headaches which "bring me to my knees," and cause vomiting, loss of balance and loss of vision.  In addition he says that he has no cartilage in his right knee which has bone spurs and is arthritic. However, he says that he cannot persuade the PHS doctors at AMKC to continue medications that he has been treated with before his arrest.

He says that he was under the care of Dr. Amad Riaz at Woodhull Hospital in Brooklyn.  He writes that he was taking the following medications:

Celebrex 100 mg / 2xday

Levetiracetam  500 mg / 2xday

Clondine  (?Clonidine?) .03 mg / 3xday

Adarol (?Adderall?)  30 mg / 2xday

Furivet (?Fioricet?)  40 to 50 mg / 2xday


Would you please review Mr. Staskiewicz' medical history of brain injury and knee deterioration, consult with his personal physicians to confirm that he should be prescribed the medications listed above and, if confirmed, provide those medications to him while he is in City custody?

Thank you for your attention to these matters.  Please let us know your actions taken to address his medical treatment needs.

*Dale A. Wilker*

2

**Wilker, Dale**

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Tuesday, December 18, 2012 2:35 PM |
| **To:** | 'Dr. Jay Cowan'; 'Dr. Homer Venters' |
| **Cc:** | Trent, Sarah; Amanda Parsons; Athanasia Toumanidis; Donald Doherty; Dr. Carl J. Keldie; Dr. Luis Cintron; Dr. R. Macdonald; George Axelrod; Nancy Arias RN; Patricia Morgese; Pinney, Becky; Vivienne McDonald; Amanda Masters; capotler@boc.nyc.gov; Tonya (BOC) Glover |
| **Subject:** | RE: MISSED BELLEVUE NEUROLOGY APPOINTMENT:  Robert Staskiewicz  349-11-16067 AMKC |
| **Attachments:** | Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile) |



Mr. Staskiewicz reports through his attorney that:

1) He was not taken to Bellevue for the neurology appointment.  He says that a PHS physician told him that the Bellevue neurologist who he was scheduled to see was a "drug dealer."

2) He is being taken off his methadone dosage which is down from 50 mg to 40 mg.  Apparently, PHS staff is weaning him off of it, because he owes time in punitive segregation, which is an excuse that we have not heard before; medical treatment needs are not supposed to be compromised by DOC security restrictions.

3) All of his meds have been reduced, including:  Imatrex from 12x per month to 6x per month; Gabapetin  from 1800 mg to 600 mg; and Furacet, which has been discontinued entirely.

His attorney is concerned that without proper dosages of these medications, Mr. Staskiewicz will likely again experience symptoms from the traumatic brain injury that he suffered.

Would you please make sure that Mr. Staskiewicz is reschedule and taken to the Bellevue neurology clinic?

Would you please make sure that he receives pain medication that is appropriate for his condition and which is effective enough for him to tolerate the pain that his conditions would be likely to produce?

Please let us know your actions taken to address his medical treatment needs, as well as your findings and any actions taken to resolve his complaints about inadequate care and treatment.

Thank you for your attention to these matters.

*Dale A. Wilker*

1

**Wilker, Dale**

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Monday, December 10, 2012 3:49 PM |
| **To:** | 'Dr. Jay Cowan'; 'Dr. Homer Venters' |
| **Cc:** | Trent; Sarah; Amanda Parsons; Athanasia Toumanidis; Donald Doherty; Dr. Carl J. Keldie; Dr. Luis Cintron; Dr. R. Macdonald; George Axelrod; Nancy Arias RN; Patricia Morgese; Pinney, Becky; Vivienne McDonald; Amanda Masters; capotler@boc.nyc.gov; Tonya (BOC) Glover |
| **Subject:** | RE: BELLEVUE NEUROLOGY APPOINTMENT THIS WEEK:  Robert Staskiewicz 349-11-16067 AMKC |
| **Attachments:** | Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile) |



Mr. Staskiewicz says that he has a follow-up appointment scheduled for this week at the Bellevue Hospital neurology clinic with Dr. Henery.

He is concerned that the appointment will be kept as scheduled because he continues to have extremely painful migraine headaches as a result of the severe head trauma that he suffered some years ago.

Would you please make sure that Mr. Staskiewicz is taken to this appointment without fail or delay?

Thank you.

*Dale A. Wilker*

Staff Attorney

The Legal Aid Society

Civil Practice / Prisoners' Rights Project .

email: dwilker@legal-aid.org
*At this time The Legal Aid Society's offices at 199 Water Street are temporarily relocated. While I am able to receive and respond to email at this email address, I am unable to receive incoming or make outgoing telephone calls using my Water Street desk phone number. However, until further notice you should feel free to contact me at 212-735-4361 or 212-577-3530. Thank you for patience.*

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, then please destroy the email after advising by reply that you erroneously received this communication and that it has been destroyed and permanently deleted from all of your email servers and work stations. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. Please take note that: (1) e mail communication is not a secure method of communication; (2) any e mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and (3) persons not participating in our communications may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which email is passed.

Wilker, Dale

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Monday, November 26, 2012 2:45 PM |
| **To:** | 'Dr. Jay Cowan'; 'Dr. Homer Venters' |
| **Cc:** | Trent, Sarah; Amanda Parsons; Athanasia Toumanidis; Donald Doherty; Dr. Carl J. Keidie; Dr. Luis Cintron; Dr. R. Macdonald; George Axelrod; Nancy Arias RN; Patricia Morgese; Pinney, Becky; Vivienne McDonald; Amanda Masters; capotler@boc.nyc.gov; Tonya (BOC) Glover |
| **Subject:** | RE: Robert Staskiewicz  349-11-16067 AMKC |
| **Attachments:** | Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile) |



The Prisoners' Rights Project has been contacted by Mr. Staskiewicz's attorney who reports that Mr. Staskiewicz is not getting "Furacet," which he was prescribed for headaches and for treatment of a traumatic brain injury that he suffered.  He says that PHS clinicians at AMKC are  only prescribing "Imatrex," 3x a week, but he says that this is not enough and, as a result, he gets headaches everyday.

He also says that Dr. Richards reduced the prescription for Gabapetin from 1800mg/day to 600mg/day, apparently against the recommendations of the  neurologist at Bellevue who prescribed the higher dosage.

Mr. Staskiewicz says that these problems arose about a week ago.

Would you please make sure that he receives pain medication that is appropriate for his condition and which is effective enough for him to tolerate the pain that his conditions would be likely to produce?

Please let us know your actions taken to address his other medical treatment needs, as well as your findings and any actions taken to resolve his complaints about inadequate care and treatment.

Thank you for your attention to these matters.

*Dale A. Wilker*

Staff Attorney

The Legal Aid Society

Civil Practice / Prisoners' Rights Project .

email: dwilker@legal-aid.org

*At this time The Legal Aid Society's offices at 199 Water Street are temporarily relocated. While I am able to receive and respond to email at this email address, I am unable to receive incoming or make outgoing telephone calls using my Water Street number. However, until further notice you should feel free to contact me at 212-735-4361 or 212-577-3530. Thank*

1

**Wilker, Dale**

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Tuesday, October 23, 2012 1:12 PM |
| **To:** | 'Dr. Jay Cowan'; 'Dr. Homer Venters' |
| **Cc:** | Trent, Sarah; Amanda Parsons; Athanasia Toumanidis; Donald Doherty; Dr. Carl J. Keldie; Dr. Luis Cintron; Dr. R. Macdonald; George Axelrod; Nancy Arias RN; Patricia Morgese; Pinney, Becky; Vivienne McDonald; Amanda Masters; capotler@boc.nyc.gov; Tonya (BOC) Glover |
| **Subject:** | Robert Staskiewicz  349-11-16067 AMKC |
| **Attachments:** | Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile) |



THE
LEGAL
AID
SOCIETY

The Prisoners' Rights Project has been contacted again by Mr. Staskiewicz  who reports through his attorney that he has not received Tylenol 3 with codeine pain medication that was prescribed for him by a neurologist.  Instead, he says that PHS is giving him plain Tylenol and aspirin.

As you know Mr. Staskiewicz sustained traumatic brain injury and, as a result,  suffers from seizures and severe, uncontrolled migraine headaches for which he says that he had been receiving Naproxen and/or Napresse [sic: Norpress http://headacheandmigrainenews.com/nortriptyline-for-chronic-pain/] and methadone.

Would you please make sure that he receives pain medication that is appropriate for his condition and which is effective enough for him to tolerate the pain that his conditions would be likely to produce?

Please let us know your actions taken to address his medical treatment needs, as well as your findings and any actions taken to resolve his complaints about inadequate care and treatment.

Thank you for your attention to these matters.

*Dale A. Wilker*

Staff Attorney
The Legal Aid Society
Civil Practice / Prisoners' Rights Project
199 Water Street, Room 6039
New York, New York 10038
tel: 212-577-3530 ext. 3943
fax: 212-509-8433
email: dwilker@legal-aid.org

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, then please destroy the email after advising by reply that you erroneously received this communication and that it has been destroyed and permanently deleted from all of your email servers and work stations. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it

1

**Wilker, Dale**

| | |
|---|---|
| From: | Wilker, Dale |
| Sent: | Tuesday, October 23, 2012 1:12 PM |
| To: | 'Dr. Jay Cowan'; 'Dr. Homer Venters' |
| Cc: | Trent, Sarah; Amanda Parsons; Athanasia Toumanidis; Donald Doherty; Dr. Carl J. Keldie; Dr. Luis Cintron; Dr. R. Macdonald; George Axelrod; Nancy Arias RN; Patricia Morgese; Pinney, Becky; Vivienne McDonald; Amanda Masters; capotler@boc.nyc.gov; Tonya (BOC) Glover |
| Subject: | Robert Staskiewicz  349-11-16067 AMKC |
| Attachments: | Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile) |



The Prisoners' Rights Project has been contacted again by Mr. Staskiewicz  who reports through his attorney that he has not received Tylenol 3 with codeine pain medication that was prescribed for him by a neurologist.  Instead, he says that PHS is giving him plain Tylenol and aspirin.

As you know Mr. Staskiewicz sustained traumatic brain injury and, as a result,  suffers from seizures and severe, uncontrolled migraine headaches for which he says that he had been receiving Naproxen and/or Napresse [sic: Norpress http://headacheandmigrainenews.com/nortriptyline-for-chronic-pain/] and methadone.

Would you please make sure that he receives pain medication that is appropriate for his condition and which is effective enough for him to tolerate the pain that his conditions would be likely to produce?

Please let us know your actions taken to address his medical treatment needs, as well as your findings and any actions taken to resolve his complaints about inadequate care and treatment.

Thank you for your attention to these matters.

*Dale A. Wilker*

Staff Attorney
The Legal Aid Society
Civil Practice / Prisoners' Rights Project
199 Water Street, Room 6039
New York, New York 10038
tel: 212-577-3530 ext. 3943
fax: 212-509-8433
email: dwilker@legal-aid.org

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, then please destroy the email after advising by reply that you erroneously received this communication and that it has been destroyed and permanently deleted from all of your email servers and work stations. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it

1

Wilker, Dale

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Thursday, November 29, 2012 4:30 PM |
| **To:** | 'Dr. Jay Cowan'; 'Dr. Homer Venters' |
| **Cc:** | Trent, Sarah; Amanda Parsons; Athanasia Toumanidis; Donald Doherty; Dr. Carl J. Keldie; Dr. Luis Cintron; Dr. R. Macdonald; George Axelrod; Nancy Arias RN; Patricia Morgese; Pinney, Becky; Vivienne McDonald; Amanda Masters; capotler@boc.nyc.gov; Tonya (BOC) Glover |
| **Subject:** | RE: Robert Staskiewicz  349-11-16067 AMKC |
| **Attachments:** | Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile) |



**THE
LEGAL
AID
SOCIETY**

The Prisoners' Rights Project has been contacted by Mr. Staskiewicz  who now reports through his attorney that PHS staff at AMKC have not addressed the issues raised in our November 26 email message, reprinted below.

Mr. Staskiewicz says that the prescription for "Imatrex" (phonetic spelling) ran out and,  because PHS will not prescribe Furacet, he is having painful headaches.  He says that he is supposed to get the Imatrex 3x a week, and Furacet as needed.

He said that Dr. Richards will not increase the dosage of the prescription for Gabapetin, because  Dr. Richards mistakenly believes Gabapetin is for headaches, but that is not true, according to Mr. Staskiewicz.  Rather, Mr. Staskiewicz says that Gabapetin was prescribed for nerve damage.

Would you please make sure that he receives pain medication that is appropriate for his condition and which is effective enough for him to tolerate the pain that his conditions would be likely to produce?

Would you please have him seen as soon as possible and provided with any appropriate and necessary treatment?

Please let us know your actions taken to address his medical treatment needs, as well as your findings and any actions taken to resolve his complaints about inadequate care and treatment.

Thank you for your attention to these matters.

*Dale A. Wilker*

Staff Attorney

The Legal Aid Society

Civil Practice / Prisoners' Rights Project .

**Wilker, Dale**

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Monday, November 26, 2012 2:45 PM |
| **To:** | 'Dr. Jay Cowan'; 'Dr. Homer Venters' |
| **Cc:** | Trent, Sarah; Amanda Parsons; Athanasia Toumanidis; Donald Doherty; Dr. Carl J. Keldie; Dr. Luis Cintron; Dr. R. Macdonald; George Axelrod; Nancy Arias RN; Patricia Morgese; Pinney, Becky; Vivienne McDonald; Amanda Masters; capotler@boc.nyc.gov; Tonya (BOC) Glover |
| **Subject:** | RE: Robert Staskiewicz  349-11-16067 AMKC |
| **Attachments:** | Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile); Picture (Metafile) |



**THE
LEGAL
AID
SOCIETY**

The Prisoners' Rights Project has been contacted by Mr. Staskiewicz's attorney who reports that Mr. Staskiewicz is not getting "Furacet," which he was prescribed for headaches and for treatment of a traumatic brain injury that he suffered.  He says that PHS clinicians at AMKC are  only prescribing "Imatrex", 3x a week, but he says that this is not enough and, as a result, he gets headaches everyday.

He also says that Dr. Richards reduced the prescription for Gabapetin from 1800mg/day to 600mg/day, apparently against the recommendations of the  neurologist at Bellevue who prescribed the higher dosage.

Mr. Staskiewicz says that these problems arose about a week ago.

Would you please make sure that he receives pain medication that is appropriate for his condition and which is effective enough for him to tolerate the pain that his conditions would be likely to produce?

Please let us know your actions taken to address his other medical treatment needs, as well as your findings and any actions taken to resolve his complaints about inadequate care and treatment.

Thank you for your attention to these matters.

*Dale A. Wilker*

Staff Attorney

The Legal Aid Society

Civil Practice / Prisoners' Rights Project .

email: dwilker@legal-aid.org

*At this time The Legal Aid Society's offices at 199 Water Street are temporarily relocated. While I am able to receive and respond to email at this email address, I am unable to receive incoming or make outgoing telephone calls using my Water Street number. However, until further notice you should feel free to contact me at 212-735-4361 or 212-577-3530. Thank*

199 Water Street, Room 6039
New York, New York 10038
tel: 212-577-3530 ext. 3943
fax: 212-509-8433
email: dwilker@legal-aid.org

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, then please destroy the email after advising by reply that you erroneously received this communication and that it has been destroyed and permanently deleted from all of your email servers and work stations. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. Please take note that: (1) e mail communication is not a secure method of communication; (2) any e mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and (3) persons not participating in our communications may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which email is passed.

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Wednesday, September 26, 2012 10:55 AM |
| **To:** | 'Dr. Jay Cowan'; 'Dr. Homer Venters' |
| **Cc:** | Amanda Parsons; Athanasia Toumanidis; Donald Doherty; Dr. Carl J. Keldie; Dr. Luis Cintron; Dr. R. Macdonald; George Axelrod; Nancy Arias RN; Patricia Morgese; Pinney, Becky; Vivienne McDonald; Amanda Masters; capotier@boc.nyc.gov; Tonya (BOC) Glover |
| **Subject:** | RE: ANTI-SEIZURE MEDICATIONS NEEDED: Robert Staskiewicz  349-11-16067 AMKC |



THE
LEGAL
AID
SOCIETY

We are writing to provide additional details of Mr. Staskiewicz' history of traumatic brain injury and to request that he be provided with medications to control seizures and migraine headaches which he says that he continues to experience.

In 2007 Mr. Staskiewicz' suffered a compound depressed skull fracture and lapsed into a coma when he hit several times in the head with a brick.  He also suffered a subdural hematoma and intracerebral hemorrhage which left him in critical condition after surgery to repair the damage.  See the attached hospital surgical records from University Hospital of Newark, NJ.

<< File: 2007 UNIVERSITY HOSPITAL SURGERY RECORDS.pdf >>

He says that he currently has migraine headaches which "bring me to my knees," and cause vomiting, loss of balance and loss of vision.  In addition he says that he has no cartilage in his right knee which has bone spurs and is arthritic. However, he says that he cannot persuade the PHS doctors at AMKC to continue medications that he has been treated with before his arrest.

He says that he was under the care of Dr. Amad Riaz at Woodhull Hospital in Brooklyn.  He writes that he was taking the following medications:

Celebrex 100 mg / 2xday

Levetiracetam  500 mg / 2xday

Clondine  (?Clonidine?) .03 mg / 3xday

Adarol (?Adderall?)  30 mg / 2xday

Furivet (?Fioricet?)  40 to 50 mg / 2xday

4

email: dwilker@legal-aid.org
*At this time The Legal Aid Society's offices at 199 Water Street are temporarily relocated. While I am able to receive and respond to email at this email address, I am unable to receive incoming or make outgoing telephone calls using my Water Street desk phone number. However, until further notice you should feel free to contact me at 212-735-4361 or 212-577-3530. Thank you for patience.*

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, then please destroy the email after advising by reply that you erroneously received this communication and that it has been destroyed and permanently deleted from all of your email servers and work stations. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. Please take note that: (1) e mail communication is not a secure method of communication; (2) any e mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and (3) persons not participating in our communications may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which email is passed.

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Monday, November 26, 2012 2:45 PM |
| **To:** | 'Dr. Jay Cowan'; 'Dr. Homer Venters' |
| **Cc:** | Trent, Sarah; Amanda Parsons; Athanasia Toumanidis; Donald Doherty; Dr. Carl J. Keldie; Dr. Luis Cintron; Dr. R. Macdonald; George Axelrod; Nancy Arias RN; Patricia Morgese; Pinney, Becky; Vivienne McDonald; Amanda Masters; capotler@boc.nyc.gov; Tonya (BOC) Glover |
| **Subject:** | RE: Robert Staskiewicz  349-11-16067 AMKC |



# THE LEGAL AID SOCIETY

The Prisoners' Rights Project has been contacted by Mr. Staskiewicz's attorney who reports that Mr. Staskiewicz is not getting "Furacet," which he was prescribed for headaches and for treatment of a traumatic brain injury that he suffered.  He says that PHS clinicians at AMKC are  only prescribing "Imatrex," 3x a week, but he says that this is not enough and, as a result, he gets headaches everyday.

He also says that Dr. Richards reduced the prescription for Gabapetin from 1800mg/day to 600mg/day, apparently against the recommendations of the  neurologist at Bellevue who prescribed the higher dosage.

Mr. Staskiewicz says that these problems arose about a week ago.

Would you please make sure that he receives pain medication that is appropriate for his condition and which is effective enough for him to tolerate the pain that his conditions would be likely to produce?

Please let us know your actions taken to address his other medical treatment needs, as well as your findings and any actions taken to resolve his complaints about inadequate care and treatment.

Thank you for your attention to these matters.

*Dale A. Wilker*

Staff Attorney

The Legal Aid Society

2

mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and (3) persons not participating in our communications may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which email is passed.

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Monday, November 26, 2012 2:45 PM |
| **To:** | 'Dr. Jay Cowan'; 'Dr. Homer Venters' |
| **Cc:** | Trent, Sarah; Amanda Parsons; Athanasia Toumanidis; Donald Doherty; Dr. Carl J. Keldie; Dr. Luis Cintron; Dr. R. Macdonald; George Axelrod; Nancy Arias RN; Patricia Morgese; Pinney, Becky; Vivienne McDonald; Amanda Masters; capotler@boc.nyc.gov; Tonya (BOC) Glover |
| **Subject:** | RE: Robert Staskiewicz  349-11-16067 AMKC |



THE
LEGAL
AID
SOCIETY

The Prisoners' Rights Project has been contacted by Mr. Staskiewicz's attorney who reports that Mr. Staskiewicz is not getting "Furacet," which he was prescribed for headaches and for treatment of a traumatic brain injury that he suffered.  He says that PHS clinicians at AMKC are  only prescribing "Imatrex," 3x a week, but he says that this is not enough and, as a result, he gets headaches everyday.

He also says that Dr. Richards reduced the prescription for Gabapetin from 1800mg/day to 600mg/day, apparently against the recommendations of the  neurologist at Bellevue who prescribed the higher dosage.

Mr. Staskiewicz says that these problems arose about a week ago.

Would you please make sure that he receives pain medication that is appropriate for his condition and which is effective enough for him to tolerate the pain that his conditions would be likely to produce?

Please let us know your actions taken to address his other medical treatment needs, as well as your findings and any actions taken to resolve his complaints about inadequate care and treatment.

Thank you for your attention to these matters.

*Dale A. Wilker*

Staff Attorney

The Legal Aid Society

Civil Practice / Prisoners' Rights Project .

email: dwilker@legal-aid.org

*At this time The Legal Aid Society's offices at 199 Water Street are temporarily relocated. While I am able to receive and respond to email at this email address, I am unable to receive incoming or make outgoing telephone calls using my Water Street number. However, until further notice you should feel free to contact me at 212-735-4361 or 212-577-3530. Thank you for patience.*

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, then please destroy the

3



**THE LEGAL AID SOCIETY**

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney-in-Chief*

Adriene L. Holder
*Attorney-in-Charge*
Civil Practice

John Boston
*Project Director*
Prisoners' Rights Project

August 21, 2012

Mr. Robert Staskiewicz
349-11-16067
AMKC
18-18 Hazen Street
Rikers Island
E. Elmhurst, N.Y.  11370

Dear Mr. Staskiewicz:

     Enclosed is an e-mail letter that we have sent on your behalf to the Department of Health, its medical contractor, Prison Health Services, Inc.,  and the Board of Correction officials after receiving your  recent complaints about officers confiscating your seizure medication during a search of your housing area.  Please let us know whether or not you received a resupply of Keppra on August 21.

     Enclosed is information about your legal rights.  Unfortunately, the Prisoners' Rights Project cannot represent you in any legal action for money damages which you may decide to take. Our office does not represent inmates in damage actions for money.  The Prisoners' Rights Project is a small, test case unit that cannot represent the great majority of those who have claims of brutality, property loss, negligent injury or medical malpractice that occurred while you were in jail.  If you wish to bring a lawsuit you will have to do so with a private attorney or by yourself, as your own attorney, "pro se."

     Sincerely yours,

     DALE A. WILKER
     Staff Attorney

DAW:ds


**THE
LEGAL
AID
SOCIETY**

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney-in-Chief*

Adriene L. Holder
*Attorney-in-Charge*
Civil Practice

John Boston
*Project Director*
Prisoners' Rights Project

December 18, 2012

Mr. Robert Staskiewicz
349-11-16067
AMKC
18-18 Hazen Street
Rikers Island
E. Elmhurst, N.Y.  11370

Dear Mr. Staskiewicz:

Enclosed is an e-mail letter that we have sent on your behalf to the Department of Health (DOH), its medical contractor, Prison Health Services, Inc., and Board of Correction officials after receiving your attorney's message letter expressing concern about missing an appointment with Dr. Henery at the Bellevue Hospital neurology clinic and the reduction or discontinuance of prescription medication dosages for traumatic brain injury.

We hope that our limited assistance will take care of your immediate problem.  We are sorry that, due to our limited resources and staff in our office, we cannot represent you in any legal action that you may want to take or bring a case for you in court.

Sincerely yours,

DALE A. WILKER
Staff Attorney



**THE
LEGAL
AID
SOCIETY**

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

October 24, 2012

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney-in-Chief*

Mr. Robert Staskiewicz
349-11-16067
AMKC
18-18 Hazen Street
Rikers Island
E. Elmhurst, N.Y. 11370

Adriene L. Holder
*Attorney-in-Charge*
Civil Practice

John Boston
*Project Director*
Prisoners' Rights Project

Dear Mr. Staskiewicz:

Enclosed is an e-mail letter that we have sent on your behalf to the Department of Health, its medical contractor, Prison Health Services, Inc., and the Board of Correction officials after receiving your attorney's recent complaints about your health problems.

Please let us know whether or not you receive the medical services that we have requested for you.

We hope that you are feeling better soon.

Sincerely yours,

Dale A. Wilker

DALE A. WILKER
Staff Attorney

DAW:ds



**THE LEGAL AID SOCIETY**

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

November 26, 2012

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney-in-Chief*

Adriene L. Holder
*Attorney-in-Charge*
Civil Practice

John Boston
*Project Director*
Prisoners' Rights Project

Mr. Robert Staskiewicz
349-11-16067
AMKC
18-18 Hazen Street
Rikers Island
E. Elmhurst, N.Y. 11370

Dear Mr. Staskiewicz:

       Enclosed is an e-mail letter that we have sent on your behalf to the Department of Health (DOH), its medical contractor, Prison Health Services, Inc., and Board of Correction officials after receiving your recent complaint about medical treatment problems that you are having in jail. Please let us know whether or not you receive the medical services that we have requested for you.

       Please try to file your own medical grievances about your issues with the medical clinic administration and the Department of Health. Please send us a copy of all grievances and any replies that you receive.

       We hope that our limited assistance will take care of your immediate problem. We are sorry that, due to our limited resources and staff in our office, we cannot represent you in any legal action that you may want to take or bring a case for you in court.

Sincerely yours,

DALE A. WILKER
Staff Attorney



**THE
LEGAL
AID
SOCIETY**

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

November 29, 2012

Blaine (Fin) V. Fogg
*President*

Mr. Robert Staskiewicz
349-11-16067
AMKC
18-18 Hazen Street
Rikers Island
E. Elmhurst, N.Y. 11370

Steven Banks
*Attorney-in-Chief*

Adriene L. Holder
*Attorney-in-Charge*
Civil Practice

John Boston
*Project Director*
Prisoners' Rights Project

Dear Mr. Staskiewicz:

Enclosed is an e-mail letter that we have sent on your behalf to the Department of Health (DOH), its medical contractor, Prison Health Services, Inc., and Board of Correction officials after receiving your recent complaint about not receiving the kind of pain medication that you want or that your private doctor has prescribed for you on the outside. Please let us know whether or not you receive the medical services that we have requested for you.

We are often asked by prisoners to advocate that they be provided with a certain type of medication, particularly certain types of pain medication. Please understand that the Constitution does not require prison officials to provide that you be seen by the medical professional of your choice, or that you receive the type of treatment you prefer; rather, they simply cannot be deliberately indifferent to a serious medical need. See for example *Rush v. Fischer*, No. 09 Civ. 9918 (JGK) (S.D.N.Y. Dec. 23, 2011). (mere disagreement over proper treatment ...does not violate the Eighth Amendment.) Therefore while in certain situations we can advocate that you get the medical treatment that you need, we are not able to assist you if you are asking that you be seen by a certain provider or that you get a particular form of treatment that you prefer.

Please try to file your own medical grievances about your issues with the medical clinic administration and the Department of Health. Please send us a copy of all grievances and any replies that you receive.

We hope that our limited assistance will take care of your immediate problem. We are sorry that, due to our limited resources and staff in our office, we cannot represent you in any legal action that you may want to take or bring a case for you in court.

Sincerely yours,

DALE A. WILKER
Staff Attorney



THE
LEGAL
AID
SOCIETY

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

December 10, 2012

Blaine (Fin) V. Fogg
*President*

Mr. Robert Staskiewicz
349-11-16067
AMKC
18-18 Hazen Street
Rikers Island
E. Elmhurst, N.Y.  11370

Steven Banks
*Attorney-in-Chief*

Adriene L. Holder
*Attorney-in-Charge*
Civil Practice

John Boston
*Project Director*
Prisoners' Rights Project

Dear Mr. Staskiewicz:

Enclosed is an e-mail letter that we have sent on your behalf to the Department of Health (DOH), its medical contractor, Prison Health Services, Inc., and Board of Correction officials after receiving your letter expressing concern about keeping an appointment with Dr. Henery at the Bellevue Hospital neurology clinic.

    We hope that our limited assistance will take care of your immediate problem.  We are sorry that, due to our limited resources and staff in our office, we cannot represent you in any legal action that you may want to take or bring a case for you in court.

Sincerely yours,

DALE A. WILKER
Staff Attorney

# THE
# LEGAL
# AID
# SOCIETY

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

July 5, 2012

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney-in-Chief*

Adriene L. Holder
*Attorney-in-Charge*
Civil Practice

John Boston
*Project Director*
Prisoners' Rights Project

Mr. Robert Staskiewicz
349-11-16067
AMKC
18-18 Hazen Street
Rikers Island
E. Elmhurst, N.Y. 11370

Dear Mr. Staskiewicz:

Enclosed is an e-mail letter that we have sent on your behalf to the Department of Health, its medical contractor, Prison Health Services, Inc., and the Board of Correction officials after receiving your attorney's recent complaints about your health problems. Please let us know whether or not you receive the medical services that we have requested for you.

Although we cannot represent you in any lawsuit that you may wish to bring, we can work informally to get you the help that you need from jail medical and corrections officials. If you are willing to do so, please sign the enclosed medical release authorizations and return them to us in the enclosed envelope. Please include your date of birth. If you have been seen at any outside hospital, please let us know which hospital(s) you have been to. We will send you a copy of your medical records when we receive them.

We hope that you are feeling better soon. Please contact us if you have questions or if you need information about your legal rights.

Sincerely yours,

DALE A. WILKER
Staff Attorney

DAW:ds


**THE LEGAL AID SOCIETY**

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney–in–Chief*

Adriene L. Holder
*Attorney–in–Charge*
Civil Practice

John Boston
*Project Director*
Prisoners' Rights Project

August 21, 2012

Mr. Robert Staskiewicz
349-11-16067
AMKC
18-18 Hazen Street
Rikers Island
E. Elmhurst, N.Y. 11370

Dear Mr. Staskiewicz:

    Enclosed is an e-mail letter that we have sent on your behalf to the Department of Health, its medical contractor, Prison Health Services, Inc., and the Board of Correction officials after receiving your recent complaints about officers confiscating your seizure medication during a search of your housing area. Please let us know whether or not you received a resupply of Keppra on August 21.

    Enclosed is information about your legal rights. Unfortunately, the Prisoners' Rights Project cannot represent you in any legal action for money damages which you may decide to take. Our office does not represent inmates in damage actions for money. The Prisoners' Rights Project is a small, test case unit that cannot represent the great majority of those who have claims of brutality, property loss, negligent injury or medical malpractice that occurred while you were in jail. If you wish to bring a lawsuit you will have to do so with a private attorney or by yourself, as your own attorney, "pro se."

Sincerely yours,

DALE A. WILKER
Staff Attorney

DAW:ds



**THE
LEGAL
AID
SOCIETY**

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

November 26, 2012

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney-in-Chief*

Adriene L. Holder
*Attorney-in-Charge*
Civil Practice

John Boston
*Project Director*
Prisoners' Rights Project

Mr. Robert Staskiewicz
349-11-16067
AMKC
18-18 Hazen Street
Rikers Island
E. Elmhurst, N.Y. 11370

Dear Mr. Staskiewicz:

  Enclosed is an e-mail letter that we have sent on your behalf to the Department of Health (DOH), its medical contractor, Prison Health Services, Inc., and Board of Correction officials after receiving your recent complaint about medical treatment problems that you are having in jail. Please let us know whether or not you receive the medical services that we have requested for you.

  Please try to file your own medical grievances about your issues with the medical clinic administration and the Department of Health. Please send us a copy of all grievances and any replies that you receive.

  We hope that our limited assistance will take care of your immediate problem. We are sorry that, due to our limited resources and staff in our office, we cannot represent you in any legal action that you may want to take or bring a case for you in court.

Sincerely yours,

DALE A. WILKER
Staff Attorney



R. STASKIEWICZ 349111'6067
Robert
18-18 HAZEN St AMKC MOD 11b
E. Elmhurst N.Y. 11370

UNITED STATES DISTRICT COURT
Sourven District of New York
500 PEARL Street, Room 230
New York, N.Y. 10007

RECEIVED
FEB 22 2013
PRO SE OFFICE

USM
SDNY P3

LEGAL MAIL

$05.55⁰

TO Ruby J Krajick                              Jan 30, 2013
Clerk of the Court
500 Pearl street
New York, NY Room 230              RE Civil 1983
10007

                                    # 1112-CV-09244-UA
From Robert Staskiewicz #349116067   RE Staskiewicz VS-
18-18 Hazen Street                   Prisoners Health Services
East Elmhurst NY, 11370              Inc et Al 12/18/2012

                    RECEIVED
                    FEB 22 2013
DEAR Ruby           PRO SE OFFICE

        First Let me thank you For your time in just taking
your time to read this letter? I heatly do hope you can help
me becouse I made A mistake, & I hope it can be Filed
with your & the judges help?

        It was brought to my attention by my Criminal Attorney
that I made a Few mistakes in my headings & I need to
Fix them before I serve them to the defendants in the
Above CASE Number Ive FILED

① PHS or Prisoners Health Services is NO longer, The provider
is now "Correctional Health Service" (CHS) So I will be changing
PHS to CHS! As well as Corizon!

② I Also will be Adding the City of NEW York as well as
The New York City Dept of Corrections to the 1983 Civil Action
Ive Filed under the Above CASE Number

③ The individuals I will be Naming I will Be Adding two(2)
As well As the Same Four (4) I already NAMED which Are As
Follows

1.) Dr COWAN        4.) Nurse Milford
2.) Dr. McDonald    5.) "CASAC worker" QIANA WARE
3.) Dr. Richards    6.) OFFICER McFarland #10360

        I Filed a seperate 1983 Against the Dept Corrections I wish
that ONE ONCE it its in your office to be combined with
this suit becouse they are all combine & Are all together
I didnt think they could be combined ONE was medical issue
ONE was A Security issue SO NOW I know that I can Put
them together I chose to Have them under the the same
CASE Number, Thank you Again For your time